IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JAY NELSON,<br><br>Plaintiff,<br><br>-vs-<br><br>FOREST RIVER, INC. and DOES 1-25,<br><br>Defendants. | CV-22-49-GF-BMM<br><br>**ORDER** |

Defendant, Forest River, Inc. (Forest) has moved for an order allowing John D. Papageorge, Esq., and Mark T. Hayden, Esq. to appear *pro hac vice* in this case with Maxon R. Davis, Esq., designated as local counsel. (Doc. 13.) The applications of Mr. Papageorge and Mr. Hayden appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Forest's motion to allow Mr. Papageorge and Mr. Hayden to appear on its behalf (Doc. 13) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Papageorge and Mr. Hayden must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Admission is personal to Mr. Papageorge and Mr. Hayden, not the law firm they work for.

7. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 26th day of July, 2022.

_____
Brian Morris, Chief District Judge
United States District Court