IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JAY NELSON,<br><br>                Plaintiff,<br>  -vs-<br><br>FOREST RIVER, INC. and DOES 1-25,<br><br>              Defendants. | NO. CV-22-49-GF-BMM<br><br>**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT FOREST RIVER, INC., FOR AN EXTENSION OF TIME TO RESPOND TO DISCOVERY** |

Defendant Forest River, Inc., having moved for a thirty (30) day extension of time to respond to Plaintiff's Combined Discovery Requests served on August 24, 2022 , the motion being unopposed and sufficient good cause having been demonstrated,

IT IS HEREBY ORDERED that Forest River, Inc., is granted a thirty (30) day extension of time to respond to Plaintiff's Discovery Requests dated August 24, 2022.

DATED this 23rd day of September, 2022.

_/s/ Brian Morris_
Brian Morris, Chief District Judge
United States District Court