Maxon R. Davis
DAVIS, HATLEY, HAFFEMAN &
TIGHE, P.C.
The Milwaukee Station, Third Floor
101 River Drive North
P.O. Box 2103
Great Falls, MT 59403-2103
Telephone:   406-761-5243
max.davis@dhhtlaw.com

John D. Papageorge
TAFT STETTINIUS & HOLLISTER
LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone:  317-713-3500
jpapageorge@taftlaw.com

Mark T. Hayden
TAFT STETTINIUS & HOLLISTER
LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Telephone:  513-357-9610
mhayden@taftlaw.com

Spencer S. Cowan
TAFT STETTINIUS & HOLLISTER
LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202
Telephone:  513-357-9464
scowan@taftlaw.com

*Attorneys for Defendant Forest River, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JAY NELSON,<br><br>　　　　Plaintiff,<br><br>- vs –<br><br>FOREST RIVER, INC. and DOES 1-25,<br><br>　　　　Defendants. | NO. CV-22-49-GF-BMM<br><br>**DEFENDANT FOREST RIVER, INC.'S UNOPPOSED MOTION TO ALLOW ITS CO-COUNSEL SPENCER S. COWAN TO ATTEND HEARING BY TELEPHONE** |

Defendant Forest River, Inc. moves for authorization to allow its co-counsel Spencer S. Cowan to attend the hearing on its pending Rule 12 motions by

telephone.  Cowan works in Cincinnati, Ohio.  The undersigned, as well as co-counsel Mark T. Hayden, will attend in person.

Plaintiff does not oppose this motion.

DATED this 17th day of February, 2023.

> TAFT STETTINIUS & HOLLISTER LLP
> DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.
>
> By:   */s/ Maxon R. Davis*
>      Maxon R. Davis
>      The Milwaukee Station, Third Floor
>      101 River Drive North
>      P.O. Box 2103
>      Great Falls, MT 59403-2103
>      Telephone:  406-761-5243
>      max.davis@dhhtlaw.com
>
> *Attorneys for Defendant Forest River, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JAY NELSON,<br>      Plaintiff,<br><br>- vs –<br><br>FOREST RIVER, INC. and DOES 1-25,<br>      Defendants. | NO. CV-22-49-GF-BMM<br><br>**ORDER GRANTING DEFENDANT FOREST RIVER, INC.'S UNOPPOSED MOTION TO ALLOW ITS CO-COUNSEL SPENCER S. COWAN TO ATTEND HEARING BY TELEPHONE** |

    Defendant Forest River, Inc., moves for authorization to allow its co-counsel Spencer Cowan to attend the February 21, 2023, hearing on its pending Rule 12 motions telephonically while his co-counsel Maxon R. Davis and Mark Hayden appear in person. The motion is unopposed. Good cause being apparent,

    IT IS HEREBY ORDERED that the motion is granted; Defendants' local counsel Maxon R. Davis shall arrange with the Clerk's office for Mr. Cowan's telephone participation.

    DATED this 17t day of February, 2023.

_____
Brian Morris, Chief District Judge
United States District Court