# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JAY NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOREST RIVER, INC., and DOES 1-25,<br><br>Defendants. | Cause No. CV-22-49-GF-BMM<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ALLOW HIS CO-COUNSEL TO ATTEND HEARING BY VIDEO** |

Plaintiff moves for authorization to allow his co-counsel, C. Tab Turner, Daniel B. Bidegaray, and Dennis P. Conner, to attend the February 21, 2023 hearing on Defendant's pending motions remotely by video, while his co-counsel, Keith D. Marr, appears in person. The motion is unopposed. Good cause being apparent,

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff's local counsel, Keith D. Marr, shall arrange with the Clerk's office for the remote appearance.

DATED this 20th day of February, 2023.

_/s/ Brian Morris_
Brian Morris, Chief District Judge
United States District Court