UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JAY NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOREST RIVER, INC, an Indiana corporation, and Berkshire Hathaway Company,<br><br>Defendants. | Cause No. CV-22-49-GF-BMM<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL** |

Plaintiff has moved for leave to file under seal his Brief Regarding Scope of Discovery and its exhibits that have been designated Confidential under the parties' stipulation for Confidentiality. Good cause being apparent,

IT IS HEREBY ORDERED that the motion is granted and Plaintiff's Brief Regarding Scope of Discovery and its exhibits, lodged with this Court, may be filed under seal.

IT IS FURTHER ORDERED under L.R. 5.2(d)(3)(B) that a redacted version of the brief without the Confidential exhibits be filed in the public record.

DATED this 20th day of August, 2024.

_____
Brian Morris, Chief District Judge
United State District Court