# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JAY NELSON, | NO. CV-22-49-GF-BMM |
| Plaintiff, | |
| - vs – | **ORDER GRANTING DEFENDANT FOREST RIVER, INC.'S MOTION TO ALLOW REMOTE ATTENDANCE AT FEBRUARY 13, 2025 HEARING** |
| FOREST RIVER, INC. and DOES 1-25, | |
| Defendants. : | |

Defendant Forest River, Inc., has moved for authorization to allow two of its out-of-state co-counsel, John D. Papageorge and Spencer S. Cowan, to attend the February 13, 2025, hearing on the parties' pending motions (Docs. 116 & 121) by video conference, while their other co-counsel, Mark T. Hayden and Maxon R. Davis, appear in person. The motion is unopposed. Good cause being apparent,

IT IS HEREBY ORDERED that the motion is GRANTED. Defendant's local counsel, Maxon R. Davis, shall arrange with the Clerk's office for the remote appearance of Messrs. Papageorge and Cowan.

DATED this 5th day of February, 2025.

_____
Brian Morris, Chief District Judge
United States District Court