## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| JAY NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br>FOREST RIVER, INC.,<br><br>Defendant. | **CV-22-49-BMM**<br><br><br>**ORDER** |

Before the Court is Defendant's Motion for Extension of Time to Serve Expert Disclosures & for Fact Discovery. (Doc. 140.) Accordingly, IT IS HEREBY ORDERED that the motion is GRANTED and the deadlines are amended as follows:

Defendant shall disclose damages experts (with Rule 26(a)(2) reports) on or before: March 17, 2025; All parties shall disclose rebuttal experts on or before: April 25, 2025; Fact discovery deadline: May 19, 2025.

1

DATED this 28th day of February 2025.


_____
Brian Morris, Chief District Judge
United States District Court