**REPORT OF DR. MATTHEW G. ANGLE**

DATED this 18th day of February 2025.

By: _____

Matthew Angle, Ph.D

1

**Exhibit 2 - Page 1**

## Table of Contents

Qualifications                                                                                      8

Assignment                                                                                          9

Reviewed Documents                                                                                 10

Introduction                                                                                        11

Forest River Examples                                                                              11

Relevant Electric Code                                                                             16

    NFPA 1192                                                                   17

    ANSI/RVIA LV                                                                17

        Relevant Sections                                   17

        Applicability                                       18

Overcurrent Protection                                                                             19

    Overcurrent devices                                                        19

    Short Experiments                                                          20

Noncompliance at Forest River                                                                      21

    Correct Schematic                                                          21

    Incorrect Schematics                                                       23

    Danger to Trailer and Tow Vehicle                                          26

    Incorrect Justifications                                                   29

        Tow Vehicle Overcurrent Protection                  29

        Wire Insulation and Ampacity                        31

        OEM Circuit Extension                               32

        Forest River claims that overcurrent protection is not required on travel trailers      35

    Schematic Edit History                                                     35

    Forest River Wiring Guide                                                  37

Nelson Fire                                                                                        42

    Event                                                                      42

    Inspection of "Repaired" 2019 Puma                                         42

    Fix of "Repaired" 2019 Puma                                                51

Electrical Fire Deaths                                                                             51

Field Investigation                                                                                57

    Examples                                                                   57

2

**Exhibit 2 - Page 2**

Battery tied directly to 7-way charge line                                                    59

7-Way protection on fifth wheel near Junction Box                                             61

Spliced Directly In – Popups                                                                  62

Breakaway wired through drilled hole in Junction Box                                          63

Failed Arlington Industries Push-in Connectors                                               65

Wires in Metal Romex Clamps without Protection                                              69

Wires Routed Next to Sharp Edges                                                             73

Physical Damage to Breaker                                                                   77

Closed Undersides                                                                            77

Summary                                                                                      78

2022 Survey                                                                                  82

Fifth Wheels                                                                                 83

Travel Trailers                                                                              93

Pop-Up Campers                                                                              120

Destination Trailers                                                                        121

Puma Survey Result                                                                          121

Rectification with Field Investigation                                                      122

February 13, 2025, Hearing Regarding Impression and 2022 Survey                             123

Summary                                                                                     124

June 2024 Partial Recall                                                                    126

24V-395 – Puma and Cedar Creek                                                              126

Canada vs US - Transport Canada Recall # 2024-316 vs NHTSA Part 573 Safety Recall Report 24V-395                                                                                        126

Cedar Creek Recall Internal Mistake                                                         127

Further Cedar Creek/Puma Mistake                                                            130

24V-847 – Impression                                                                        131

Brinkley Recall 24V-476                                                                     131

Warranty Claims and Reports                                                                 135

Examples                                                                                    135

Cherokee Toy Hauler  - 4X4FCTH21EY205886  - Claim  Date 11/8/2013 - 1070691                135

Sierra Towables - 4X4FSEM2XHJ043127 - Claim Date 8/27/2016 - 1948750DN                     137

Cherokee towable - 4X4FCTH21HY209585 - Claim Date 7/17/2018 - 2855637                      138

Impression - 5ZT3MPTB2MD001705 - Claim Date 3/10/2022 -  957402                            138

**Exhibit 2 - Page 3**

    Columbus - 4X4FCMR24N6013815 - Claim Date 9/6/2023 - 1665899    139

    Cedar Creek - 4X4FCRN20PS232493 - Claim Date 6/7/2023 - 1559504    141

Quality Control    144

Recognizing the seven-way wiring defect    144

Summary and Expected Testimony    144

Exhibit A: MGA CV    146

**Exhibit 2 - Page 4**

Figure 1: RVIA Seal NFPA 1192 ..................................................................................... 16
Figure 2: Second sticker on propane tank side of the towable RVs ............................... 16
Figure 3: NFPA 1192 incorporates ANSI/RVIA LV ........................................................ 17
Figure 4: Internal Structure of auto-reset breaker ....................................................... 20
Figure 5: Wiring Short Experiment ............................................................................... 20
Figure 6: Wiring short experiment showing flames ....................................................... 21
Figure 7: Wiring Diagram from ForestRiver00000011 .................................................. 21
Figure 8: Overcurrent Protection Requirements from ANSI/RVIA LV 2020 ................... 22
Figure 9: Travel Trailer counterpart to FR000011 mentioned in Matt Gingerich deposition ................... 23
Figure 10: Flawed wiring diagram ................................................................................ 24
Figure 11: Wiring Diagram - RV association.pdf ........................................................... 25
Figure 12: Wiring Diagram Qualridge ForestRiver 0020997 ......................................... 25
Figure 13: Wiring Diagram from ForestRiver0020969 .................................................. 26
Figure 14: 2024 Chevrolet Silverado 2500/3500HD Trailer Connector - https://www.gmupfitter.com/wp-content/uploads/2024/08/081324-25-Silverado-2500-3500HD-Electrical-Body-Builder-Manual-SM_en_US.pdf ........................ 27
Figure 15: Tow Vehicle/Trailer Circuit Diagram ........................................................... 27
Figure 16: Short in Trailer Wiring ................................................................................. 28
Figure 17: Short in Tow Vehicle ................................................................................... 28
Figure 18: Burnt fuse in Tow Vehicle – no current flow ................................................ 28
Figure 19: Short in Tow Vehicle with Trailer Connected ............................................... 29
Figure 20: Short in Tow Vehicle with Trailer Connected after Tow Vehicle Fuse Burns ............... 29
Figure 21: ANSI/RVIA LV Table 2 ................................................................................ 31
Figure 22: Explanation of Table 2 FR0000223 ............................................................ 32
Figure 23: OEM Circuit Extensions .............................................................................. 34
Figure 24: ANSI/RVIA LV Section 1-7: Definitions ....................................................... 35
Figure 25: ForestRiver0004990 and ForestRiver0005021 showing 7-way wiring in tent campers ........... 38
Figure 26: RVIA RV Deviation Database ...................................................................... 39
Figure 27: Cleanup to show method 1 .......................................................................... 40
Figure 28: Cleanup to show method 2 .......................................................................... 41
Figure 29: Cleanup to show method 3 .......................................................................... 41
Figure 30: Black Sandy Campground ........................................................................... 42
Figure 31: Junction box cover showing evidence of short .............................................. 43
Figure 32: FR0000022: notice wire pulled from crimp fitting ......................................... 43
Figure 33: FR0000027: empty crimp fitting, shorted charge line against cover plate ............... 44
Figure 34: burned wiring harness 2019 Puma ............................................................... 45
Figure 35: Burned 7-way charge line at breaker, directly connected to battery ................... 45
Figure 36: Illustration of adequate slack in 7-way cord .................................................. 46
Figure 37: Push-in connector has failed again .............................................................. 47
Figure 38: Failed push-in connector and resulting wire damage ..................................... 47
Figure 39: unlevel junction box .................................................................................... 48
Figure 40: showing one screw hole in bulkhead in 2019 puma ....................................... 49
Figure 41: Warranty and Tech support email concerning King fire and death ................... 52
Figure 42: Aftermath of King fire and death .................................................................. 53

**Exhibit 2 - Page 5**

Figure 43: OCC incident report with inoperative death dropdown menu................................................54
Figure 44: 2020 Columbus 389FL in missoula, MT...............................................................................55
Figure 45: 2024 manufacture Columbus 4x4fcmp27s6014763 ...............................................................56
Figure 46: 2022 OCC Investigation showing Columbus Wiring ..............................................................56
Figure 47: Four types of code violations seen in Field Investigation .......................................................57
Figure 48: RVIA RV Deviation Database ............................................................................................58
Figure 49: 2024 Viking 5zt2vwgc7rj124667 .......................................................................................59
Figure 50: 2024 East to West Silverlake 5zt2skpb4s9014809 ................................................................60
Figure 51: 2023 Salem FSX 5zt2smgc2rn802042 ................................................................................60
Figure 52: 2024 Wildwood XLite 4X4TWDX23ST145782 ......................................................................61
Figure 53: East to West Longitude 5zt2lnrb6s9010966 ........................................................................61
Figure 54: Breaker next to Junction Box (Rockwood Ultralite 4x4frlc22j1880218)....................................61
Figure 55: hot line to breaker (columbus 4X4FCMR24S6014832)...........................................................62
Figure 56: Flagstaff Classic 4x4cfs215gd176133 ................................................................................62
Figure 57: Rockwood Premier 4x4cpr216fd292820 .............................................................................63
Figure 58: Rockwood ESP 4x4cfmw2xkd305765 .................................................................................63
Figure 59: Breakaway line routing (XLR microboost 5zt2xlsb5rz002094) .................................................64
Figure 60: Puma 4x4fpua2xnp092692 ..............................................................................................65
Figure 61: Arlington NM-series Connectors.........................................................................................66
Figure 62: 2022 Rockwood mini lite 4x4trla23nd451132 .....................................................................66
Figure 63: failed push-in connector on 2024 Chapparal Light 5zt3clvb8ra331527 ....................................67
Figure 64: Coachmen Brookstone 5zt3bk5bxsa331855...........................................................................67
Figure 65: Palomino Columbus ........................................................................................................67
Figure 66: Coachmen Clipper 5zt2cwac0sj135096 ..............................................................................68
Figure 67: Vibe 4x4tvbb21r4125193..................................................................................................68
Figure 68: Puma 4x4fptp23pp098788 ...............................................................................................69
Figure 69: Cherokee Limited 5zt2ckrb2r2013400.................................................................................70
Figure 70: Puma 4x4fpub25mp091107...............................................................................................71
Figure 71: Arctic Wolf Cherokee 5zt3ck3b1p0715987 ..........................................................................72
Figure 72: Vengeance 5zt3vgwbxl1001654 .........................................................................................73
Figure 73: Alpha Wolf 5zt2ckfbxr2013729..........................................................................................74
Figure 74: Rockwood MiniLite 4x4trlb24nz183287 ..............................................................................75
Figure 75: Forest River 4x4fsye257c030188 .......................................................................................76
Figure 76: Arc resulting from physically-damaged breaker. Cherokee Wolf Pup 5zt2ckec0my014825.....77
Figure 77: From Summary 2025-1-25 .................................................................................................79
Figure 78: Investigation summary .....................................................................................................80
Figure 79: Overall Statistics of Field Investigation ..............................................................................80
Figure 80: Total Units with error (orange post 6/4/2024 production) ......................................................81
Figure 81: Plant 10C – 100A and 50A breakers on charge line ..............................................................83
Figure 82: Plant 20 - NO PROTECTION on charge line .........................................................................84
Figure 83: Plant 45 – 80A and 50A breaker on charge line ....................................................................85
Figure 84: Plant 79B - 50A breaker on charge line ..............................................................................86
Figure 85: Plant 81 - 30A breaker located in Junction Box, 120A breaker on charge lin............................87
Figure 86: Plant 83 - NO OVERCURRENT PROTECTION - battery direct to 10AWG 7-way charge line ......88

6

**Exhibit 2 - Page 6**

Figure 87: Plant 110 – 50A breaker on charge line.................................................................89
Figure 88: Plant 410 – 50A breakers on charge line...............................................................90
Figure 89: Plant 502 - NO OVERCURRENT PROTECTION - battery direct to 10AWG 7-way charge line ....91
Figure 90: Plant 503 – 50A breaker on charge line.................................................................92
Figure 91: Plant 3 – 50A breaker on charge line.....................................................................93
Figure 92: Plant 6 - 50A breaker on charge line......................................................................94
Figure 93: Plant 10B – 100A and 40A breakers on 10AWG charge line....................................95
Figure 94: Plant 10C – 100A and 50A breakers on charge line.................................................96
Figure 95: Plant 10D – 100A and 50A breakers on charge line.................................................97
Figure 96: Plant 10G – 100A and 40A breakers on charge line.................................................98
Figure 97: Plant 17 – NO OVERCURRENT PROTECTION - battery direct to 10AWG 7-way charge line......99
Figure 98: Plant 45 – NO PROTECTION on charge line ..........................................................100
Figure 99: Plant 48 – NO PROTECTION on charge line ..........................................................101
Figure 100: Plant 50 – NO PROTECTION on charge line ........................................................102
Figure 101: Plant 53 – NO PROTECTION on charge line ........................................................103
Figure 102: Plant 59 - NO OVERCURRENT PROTECTION - battery direct to 10AWG 7-way charge line ..104
Figure 103: Plant 72 – NO PROTECTION on charge line ........................................................105
Figure 104: Plant 72W – NO PROTECTION on charge line ......................................................106
Figure 105: Plant 76 – NO PROTECTION on charge line ........................................................107
Figure 106: Plant 89 – Undetermined protection on charge line ............................................108
Figure 107: Plant 94 – NO OVERCURRENT PROTECTION - battery direct to 10AWG 7-way charge line..109
Figure 108: Plant 95 - NO OVERCURRENT PROTECTION - battery direct to 10AWG 7-way charge line ..110
Figure 109: Plant 103 - NO OVERCURRENT PROTECTION - battery direct to 10AWG charge line ..........111
Figure 110: Plant 203 - NO OVERCURRENT PROTECTION - battery direct to 10AWG charge line ..........112
Figure 111: Plant 205 - NO OVERCURRENT PROTECTION - battery direct to 10AWG charge line ..........113
Figure 112: Plant 220 - 50A breaker on 10AWG 7-way charge line..........................................114
Figure 113: Plant 320 - 50A breaker on 10AWG wire, presumably 7-way charge line.................115
Figure 114: Plant 420 – 50A breaker on charge line..............................................................116
Figure 115: Plant 425 – 50A breaker on charge line..............................................................117
Figure 116: Plant 500 - 50A breaker on charge line..............................................................118
Figure 117: Plant 501 - 50A breaker in junction box on 10AWG 7-way charge line.................119
Figure 118: Plant 10A – 100A Breaker on 10AWG Charge line................................................120
Figure 119: Plant 20 Destination Trailer – NO PROTECTION on charge line.............................121
Figure 120: Plant 420 - Puma fifth wheels - compliant with standards....................................122
Figure 121: 2022 Survey vs. Field Investigation....................................................................123
Figure 122: NHTSA 24V-395 573 Report...............................................................................127
Figure 123: ForestRiver0029030 - Cedar Creek Recall fix.......................................................128
Figure 124: RVIA guidance about parallel breakers................................................................129
Figure 125: ForestRiver0029031 - Cedar Creek Recall fix.......................................................130
Figure 126: 24V-395/2024-316 Remedy Instructions.............................................................130
Figure 127: Brinkley Z-series fifth wheel and Z-Air travel trailers overcurrent protection recall 24V-476
.............................................................................................................................................132
Figure 128: Existing Brinkley Z fifth wheels and travel trailers (RECALLED) ...........................133
Figure 129: Brinkley schematic (RECALL COMPLETE) ...........................................................134

**Exhibit 2 - Page 7**

Figure 130: Cherokee Toy Hauler  - 4X4FCTH21EY205886 ........................................................ 136
Figure 131: Cherokee Toy Hauler  - 4X4FCTH21EY205886 ........................................................ 137
Figure 132: Sierra Towables - 4X4FSEM2XHJ043127 ................................................................ 138
Figure 133: Impression - 5ZT3MPTB2MD001705 ..................................................................... 139
Figure 134; Columbus - 4X4FCMR24N6013815 ....................................................................... 140
Figure 135: Columbus - 4X4FCMR24N6013815 ....................................................................... 141
Figure 136: Cedar Creek - 4X4FCRN20PS232493 ..................................................................... 142
Figure 137: Cedar Creek - 4X4FCRN20PS232493 ..................................................................... 143

## Qualifications

My degrees in engineering are from the Massachusetts Institute of Technology ("MIT"). I received three degrees from MIT: a Bachelor's degree in Electrical Science and Engineering (2007), a Master's degree in Electrical Engineering and Computer Science (2011), and a doctorate (Ph.D.) in Electrical Engineering (2016). From 2006 through 2007, I was part of the teaching staff responsible for lab-based power electronics courses that included DC, AC, and both low and high-voltage systems at MIT. In 2015, MIT sent me to Skolkovo Tech in Moscow, Russia to teach part of a course focused on power systems, which involved low voltage systems. I also worked as a Postdoctoral Associate at MIT for nearly two years.

I have authored 10 peer-reviewed publications in the areas of electric machinery, power electronics, and industrial cybersecurity, and I hold 12 issued patents concerning power electronics, electromagnetic actuator design, and mechatronic devices. At least one medical device patent is pending.

I was awarded an IEEE Best Journal Paper Award for my work in cybersecurity while serving as a Postdoctoral Associate at MIT, explaining how remotely updatable firmware may be used to intentionally cause electrical fires and explosions in industrial power handling equipment.

Throughout my career at MIT, I worked on numerous projects related to direct current (DC) systems (as shown in Table 1).

*Table 1: DC Systems Projects at MIT*

| Years | Degree Program | Project Description |
| --- | --- | --- |
| 2009-2011 | MEng | Medium Voltage DC Electrical architecture for Navy Electric Ship, Electric ship propulsion |
| 2011-2016 | Ph.D. | Brushless DC motors and power electronics for MIT Robotic Cheetah and DARPA M^3 Program, electric scooters, electric bicycles,  DC circuit breakers for Navy Electric Ship |
| 2016-2018 | Postdoc | Cybersecurity of industrial power electronics, design of electric motors for vehicles |

8

**Exhibit 2 - Page 8**

Between 2006 and 2013, I worked for a defense contractor on hardware related to missile defense systems, and I held a U.S. Department of Defense Top Secret clearance. These systems included power electronics design and thermal management systems.

I have extensive hands-on experience with electrical systems. During my grade school and high school years, I worked under my father, a licensed Master Electrician, at his HVAC contracting firm (HG Angle Company). From 2007 to 2009, at Privitera Motorsports, I wired race cars in compliance with NHRA safety standards. I currently perform aircraft electronics repair under FAA AC 25.1352 and regulations incorporated in Appendix B, particularly CFR 25.1357 (circuit protective devices), under the supervision of A&P mechanics at Teton Aviation in Driggs, Idaho.

*Table 2: Hands-on work*

| Year | Company | Role |
|---|---|---|
| 1990s-2003 | H.G. Angle Company | HVAC Control Technician Trainee |
| 2007-2009 | Privitera Motorsports | Drag race car wiring |
| 2023-present | Teton Aviation | Vintage Aircraft Electronics Repair |

I have designed and produced several devices for U.S. Department of Defense customers. I have served on a US DoD working group that worked to redefine NATO STANAG-4740/AEP-90, the NATO-powered accessory rail. I have designed and constructed power electronics and mixed-signal electronics for medical devices subject to various standards. I have investigated one solvent extraction plant explosion.

*Table 3: US DoD and other Code Work*

| Year | Project | Applicable Standards |
|---|---|---|
| 2017-2019 | USSOCOM TALOS - Small Arms Stabilization | MIL-STD-810G and H |
| 2022-present | USSOCOM Medical Device | MIL-STD-810H, JECETS |
| 2019-2022 | US ARMY Futures Command ACE | MIL-STD-810H, NATO STANAG-4740/AEP-90 |
| 2023 | Solvent Extraction Plant Explosion Investigation | NFPA 36 |

I have extensive root cause analysis experience regarding electrical issues, including low-voltage electrical systems.

My CV is attached in Exhibit A: MGA CV.

## Assignment

In this case, I was hired by Bidegaray Law Firm, LLC, specifically Attorney Daniel Bidegaray, to assess Forest River's towable RVs (fifth wheel, travel trailers, also known as bumper pull trailers, and pop-up also known as tent trailers ("towable RVs")). I was asked to inspect the seven-way cord and associated wiring to the battery compartment ("seven-way wiring") of the towable RVs. I was asked to assess whether Forest River's seven-way wiring complied with ANSI/RVIA LV, NFPA 1192, NFPA/NEC 70, or other applicable standards. I was asked to assess whether the RVIA Seal that Forest River places on each

9

**Exhibit 2 - Page 9**

towable RV accurately reflected compliance with the applicable standards. I was also asked to evaluate a second sticker on the RV that claims compliance with the same standards. I was asked along with Dr. Folkers E. Rojas to conduct a substantial survey of Forest River towable RVs to assess whether Forest River discovery responses and statements made to the Court in pleadings and in arguments were accurate. I was asked to review Forest River's June 2024 recall and other recalls by Forest River and other RV manufacturers. I was asked to review the 2022 Survey produced formally on February 4, 2025 (and informally on January 15, 2025) and explain what it showed. I was asked to compare the 2022 Survey with my field investigation findings. I was asked to inspect both the 2019 Puma and the 2020 Puma at issue in this litigation. After inspecting the 2019 Puma, we rewired it for the owner so that it would be in compliance with applicable standards. In addition to reviewing pleadings, I was asked to review discovery, and transcripts of depositions and hearings. I was asked to do whatever else I thought might be necessary to be fully prepared to arrive at my opinions related to the seven-way wiring and to address statements made by Forest River.

## Reviewed Documents

To prepare this report, I reviewed the following materials:

- ANSI/RVIA LV
- NFPA 1192
- NFPA/NEC 70
- Discovery Documents
- Pleadings
- All depositions to date
- Reviewed transcripts
- Materials set forth in my February 11, 2025 Affidavit
- Analysis of the seven-way wiring defects at issue
- Review of the applicable RV industry safety standards pertinent to DC low-voltage wiring
- Conducting an independent field investigation ("Field Investigation") of more than 400 Forest River towable RVs with Dr. Folkers E. Rojas in the Fall of 2024 through December 2024.
- Conducted experiments
- Conducted independent research
- Review of discovery and pleadings
- Review of Forest River's limited recall issued in June 2024 (as well as other Forest River recalls) and numerous recalls by other manufacturers
- Inspected both the 2019 and 2020 Puma's involved in this litigation. Performed a comprehensive root cause analysis of the Forest River organization.
- Review of the transcript of the February 13, 2025 hearing.
- Collaboration with Dr. Folkers E. Rojas to assess seven-way wiring defects in Forest River towable RVs.

- Reviewed Dr. Rojas' affidavit and agree with each of the opinions therein, to the extent not stated herein they are incorporated by this reference.

## Introduction

Towable RVs are built with lightweight materials to make towing easier. However, these materials are often highly flammable. If a towable RV catches fire, it can be quickly engulfed in flames. The speed at which this occurs is surprisingly fast, as demonstrated in numerous online videos of burning towable RVs. Because of this, it is critical to take all reasonable precautions and follow all applicable standards to reduce the risk of a towable RV fire. There are established safety standards designed to mitigate this risk.

## Forest River Examples

A search of salvage auctions for Forest River towable RVs that have sustained fire damage reveals several examples. Some are so burned that there is little to investigate. Others lack pictures but are marked "complete burn."

| | |
|---|---|
| **Model:** Tracer<br><br>**Division:** Prime Time<br><br>**Year:** 2022<br><br>**Location:** Cicero NY | <br>https://sca.auction/en/1069065630-2022-forest_river-tracer |

11

**Exhibit 2 - Page 11**

| | |
|---|---|
| **Model:** Hemisphere<br><br>**Division:** Forest River<br><br>**Year:** 2018<br><br>**Location:** | <br>https://www.iaai.com/VehicleDetail/41229534~US |
| **Model:** Apex<br><br>**Division:** Coachmen<br><br>**Year:** 2018<br><br>**Location:** | <br>https://www.copart.com/lot/40272404/salvage-2018-coach-apex-ky-walt |

**Exhibit 2 - Page 12**

| | |
|---|---|
| **Model:** Wildwood<br><br>**Division:** Forest River<br><br>**Year:** 2015<br><br>**Location:** | <br><br>https://www.copart.com/lot/67503114/2015-wildwood-wildwood-pa-york-haven?_gl=1*wdyab5*_up*MQ..*_gs*MQ..&gclid=CjwKCAiA3ZC6BhBaEiwAeqfvysKyyFZPSeALE8Z2O9RiiZAwm96T-IJ19fqV4ey0PmtxmnqKzuID3RoCtHQQAvD_BwE |

**Figure 8. Exemplar burned units of Forest River**

| | |
|---|---|
| **Model:** Cedar Creek<br><br>**Division:** Forest River<br><br>**Year:** 2020<br><br>**Location:** | <br><br>https://www.iaai.com/VehicleDetail/41265517~US - |

13

**Exhibit 2 - Page 13**

| | |
|---|---|
| **Model:** Chaparral<br><br>**Division:** Coachmen<br><br>**Year:** 2022<br><br>**Location:** | <br>https://www.iaai.com/VehicleDetail/40769090~US |
| **Model:** Cedar Creek<br><br>**Division:** Forest River<br><br>**Year:** 2018<br><br>**Location:** | <br>https://www.iaai.com/VehicleDetail/41602604~US |

14

**Exhibit 2 - Page 14**

| | |
|---|---|
| **Model:** Salem Hemisphere<br><br>**Division:** Forest River<br><br>**Year:** 2018<br><br>**Location:** Tulsa, OK | <br>https://sca.auction/en/1054955063-2018-forest_river-salem_laminated_towables |

15

**Exhibit 2 - Page 15**

## Relevant Electric Code

The RV Industry Association ("RVIA") adopts and publishes multiple standards, which are posted on its website.[1] Included among them are NFPA 1192 and ANSI/RVIA LV ("applicable standards"). RVIA also has created a seal that manufacturers who are members of the RVIA can place on towable RVs that reflect compliance with these standards.

Forest River places on each towable RV, near the entry door, an RVIA Seal, depicted in Figure 1, which certifies compliance with NFPA 1192 (Standard for Recreational Vehicles). NFPA 1192 includes ANSI/RVIA LV in section 4.4 or 4.4.2, depending on its year (Figure 3). On the other side of towable RVs, Forest River places a second sticker that likewise states each unit complies with the standards.



*Figure 1: RVIA Seal NFPA 1192*

**THIS VEHICLE CONFORMS TO ALL APPLICABLE U.S. FEDERAL MOTOR VEHICLE SAFETY STANDARDS IN EFFECT ON THE DATE OF MANUFACTURE SHOWN ABOVE.**

*Figure 2: Second sticker on propane tank side of the towable RVs*

---

[1] https://www.rvia.org/node/association-and-ansi-adopted-standards

16

**Exhibit 2 - Page 16**

## NFPA 1192

*This standard establishes fire and life safety criteria for recreational vehicles to provide protection from loss of life from fire and explosion.[2]*

NFPA 1192 incorporates ANSI/RVIA LV in section 4.4 or 4.4.2 depending on year

**4.4 Electrical Requirements.**

**4.4.1** All electrical installations, systems, and equipment shall comply with Article 551, Parts I through V, of *NFPA 70.*

**4.4.2** All low-voltage electrical installations, systems, and equipment shall comply with ANSI/RVIA LV, *Low Voltage Systems in Conversion and Recreational Vehicles.*

*Figure 3: NFPA 1192 incorporates ANSI/RVIA LV*

## ANSI/RVIA LV

ANSI/RVIA LV concerns Low Voltage wiring in Recreational Vehicles.

### Relevant Sections

The following are excerpts from ANSI/RVIA LV 2020. They are the primary code sections we will examine throughout this investigation.

**3-1 General. <mark>All conductors shall be provided with overcurrent protection.</mark>**

*Exception #1: Solar panel (photovoltaic module) circuits are considered current limiting and overcurrent protection shall not be required for these circuits if the conductors have sufficient ampacity for the largest available current.*

*Exception #2: Braking circuits, cranking circuits, circuits supplying lights subject to federal or state regulations, and pigtails of utilization equipment less than 10 inches in length are exempt from overcurrent protection requirements.*

All conductors must have overcurrent protection. The battery in the towable RV can cause damage when circuits are not protected. All lines are a potential cause of fire without overcurrent protection.

***3-2 Sizing.*** *All overcurrent protection within a low voltage circuit shall be rated not in excess of the ampacity of the conductors shown in Table 1 or Table 2. Overcurrent protection shall be permitted to be specified by the chassis OEM for wiring and devices installed or supplied by the chassis OEM.*

3-2 Defines the sizing of overcurrent protection based on the conductor size.

***3-5 Location.*** *The overcurrent-protective device shall be installed in an accessible location on the vehicle within 18 in. (457 mm) of the point where the power source connects to the vehicle circuits.*

---

[2] https://www.nfpa.org/codes-and-standards/nfpa-1192-standard-development/1192

17

**Exhibit 2 - Page 17**

> *Exception: External low-voltage supply shall be permitted to be fused within 18 in. (457 mm) after entering the vehicle or after leaving a metal raceway.*

3-5 defines the location of the overcurrent protection.  It defines maximum lengths of unprotected lines.  This in no way supersedes 3-1, requiring overcurrent protection on all lines.

> **5-1 Conductor Protection.** *Conductors shall be protected against physical damage and shall be supported. Where insulated conductors are clamped to the structure, the conductor insulation shall be supplemented by an additional wrap or layer of equivalent material, except that jacketed cables shall not be required to be so protected. Wiring shall be routed away from sharp edges, moving parts, or heat sources.*

5-1 explains that wiring must be mechanically protected to prevent the damage of insulation leading to shorts that would then require overcurrent protection.  This is a second layer of protection from damaging overcurrent events.

## Applicability

ANSI/RVIA LV is applicable to Recreational Vehicles.

> **1-1.3 Scope.** This standard covers the installation of low voltage electrical systems and devices within recreational and conversion vehicles. In the absence of specific instructions from the OEM, this standard also covers any additions, deletions, or modifications to any part of the original equipment chassis manufacturer's electrical system.

Appendix 3 further defines Recreational Vehicle to include motor homes and towable RVs.  Towable RV includes fifth wheel travel trailers, folding camping trailers, travel trailers, and truck campers.  Additional motorhome and towable RV products include expandable travel trailers, horse or livestock RVs, and sport utility RVs.

The RVs mentioned in this report are within the scope of ANSI/RVIA LV.

18

**Exhibit 2 - Page 18**

## Overcurrent Protection

Overcurrent protection for wiring is required to protect the wire and surrounding structure from thermal damage. When current flows through copper wiring, resistive losses heat the wire. Although the melting point of copper is around 1900°F —imposing a theoretical maximum current—the ignition temperature of typical insulation and surrounding materials, especially those used to build towable recreational vehicles, is significantly less. The maximum allowable current for copper wiring of various sizes is determined by the insulation's temperature rating, as defined by standards such as the National Electric Code (NEC) and, in this case, ANSI/RVIA LV.

In the event of a short, when a wire attached to a power source comes in contact with a grounded object, such as the frame of the RV or a metal junction box attached to the frame, current is allowed to flow freely, limited by the capacity of a battery to supply current (its internal resistance) and by the resistance of the wire. Anyone who has accidentally shorted a car battery's terminals with a wrench can attest that this current is substantial and rapidly heats conductive objects. When installed properly, overcurrent protective devices prevent this current from flowing and thereby prevent damage.

A 12-volt lead-acid battery, such as the ones used in Forest River's towable RVs, commonly has a Cold-Cranking Amps (CCA) rating of 600A or more, meaning it is capable of providing that level of current under a wide variety of circumstances.

When an unprotected short occurs, the wire becomes the current-limiting device. With a sufficiently healthy battery and a small enough wire, the wire will first heat to the point that it melts or burns the insulation. Eventually, it develops a hot spot, often at the point where the short is made. As copper heats, its resistance increases. This causes a local hot spot to heat faster than the surrounding copper. If left unchecked, this spot will reach 1900°F, causing it to melt and break the conductive path, thus stopping the current.

By the time this hot spot has reached the melting point, insulation and many materials surrounding the wire will have reached their autoignition temperatures, meaning they can ignite.

As Mr. Nelson testified in his deposition, once towable RVs ignite, "they will catch on fire and burn to the ground in a matter of minutes" (Nelson 57:7-14).

### Overcurrent devices

Overcurrent devices are installed in accordance with applicable standards to prevent electrical shorts from damaging the wiring on the towable RV and the towing vehicle. They function by opening the circuit when the current exceeds a specified threshold.

In this case, the RV industry commonly uses automotive-style resetting circuit breakers. Figure 4 shows the internal structure of an auto-reset breaker with its surrounding housing removed. The paddle-like structure is composed of two types of metal with different expansion rates, commonly steel and copper. When the temperature of the conductor reaches a certain point, the paddle bends, disconnecting the circuit. As the paddle cools, it bends back, reconnecting the circuit. This structure is designed so that it happens at a specified current. Devices rated 30A or 50A are common in towable RVs.

19

**Exhibit 2 - Page 19**



*Figure 4: Internal Structure of auto-reset breaker*

## Short Experiments

As part of this investigation, Dr. Rojas and I performed experiments to demonstrate what happens when a 10AWG wire, such as the ones in question, is subject to a direct short with a 12V lead-acid battery, similar to ones found in Forest River's towable RVs. In every case, the wires heat up, melt/burn the insulation, and eventually melt a section of the copper wire. The pictures below show the results of shorting a 10 AWG wire inside a harness like the ones inside an RV.



*Figure 5: Wiring Short Experiment*

20

**Exhibit 2 - Page 20**



*Figure 6: Wiring short experiment showing flames*

## Noncompliance at Forest River

Forest River has manufactured and continues to produce RVs that do not comply with the applicable standards (NFPA 1192 and ANSI/RVIA LV). The primary issue is simple: The 7-way (Bargman) cord and associated wiring to the battery compartment, in particular, the charge line, is provided with no (or insufficient) overcurrent protection, potentially resulting in fires in foreseeable scenarios. Several of Forest River's own internal wiring schematics and guides denote this issue.

### Correct Schematic



*Figure 7: Wiring Diagram from ForestRiver00000011*

Figure 7 depicts a wiring diagram for Forest River Fifth Wheel Recreational Vehicle Trailers. In this diagram, the design adheres to applicable electrical codes, specifically ANSI/RVIA LV. All conductors are provided with overcurrent protection (ANSI/RVIA LV 3-1). Conductors are properly protected by breakers as specified in Tables 1 and 2 of ANSI/RVIA LV section 3-2, which are reproduced below in Figure 9. An 18" line is shown to comply with ANSI/RIVA LV section 3-5. They also denote a maximum 3" distance between the 50A breakers and the 30A breaker for the charge line in the 7-way plug.

*Low Voltage Systems in Conversion and Recreational Vehicles*

**TABLE 1**
**OVERCURRENT PROTECTION**
**No Wire Bundling Restrictions**

| Wire Size | Ampacity | Wire Type |
|---|---|---|
| 20 | 3 | Stranded only |
| 18 | 6 | Stranded only |
| 16 | 8 | Stranded only |
| 14 | 15 | Stranded only |
| 12 | 20 | Stranded only |
| 10 | 30 | Stranded only |
| 8 | 40 | Stranded only |
| 6 | 55 | Stranded only |
| 4 | 75 | Stranded only |
| 2 | 100 | Stranded only |

**TABLE 2**
**OVERCURRENT PROTECTION**
***Not More Than Seven Wires Per Harness**
****Not More Than Three Wires Per Harness**

| AWG OR SAE Conductor Size (Gage) | Maximum Ampacity at Conductor Insulation Temperature Rating of: 90° | Maximum Ampacity at Conductor Insulation Temperature Rating of: 105° C/125° C |
|---|---|---|
| 20* | 5 | 7.5 |
| 18* | 7.5 | 10 |
| 16* | 10 | 15 |
| 14* | 17.5 | 20 |
| 12* | 22.5 | 25 |
| 10** | 40 | 50 |
| 8** | 55 | 70 |
| 6** | 75 | 100 |
| 4** | 95 | 120 |
| 2** | 130 | 150 |
| 1** | 150 | |
| 1/0** | 170 | |
| 2/0** | 195 | |
| 3/0** | 225 | |
| 4/0** | 260 | |

| *2020 Edition* | 8 |

*Figure 8: Overcurrent Protection Requirements from ANSI/RVIA LV 2020*

22

**Exhibit 2 - Page 22**

## Incorrect Schematics

Several fifth wheels, travel trailers, and pop-up trailers ("towable RVs") inspected during the Field Investigation and in Forest River's 2022 Survey matched the wiring shown in Figure 9, Figure 10, Figure 11, Figure 12, Figure 13. The Travel Trailer 12-Volt schematic, shown in Figure 9, was not produced in discovery until February 4, 2025.  As Matt Gingerich (Director of Standards at Forest River) explained in deposition the difference between the fifth wheel schematic above and the travel trailer schematic below is the lack of overcurrent protection on the travel trailer 7-way charge line.



*Figure 9: Travel Trailer counterpart to FR000011 mentioned in Matt Gingerich deposition*

Figure 11, Figure 12, and Figure 13 depict Forest River wiring diagrams for towable RVs. In these diagrams, an obvious violation of applicable standards is apparent. Figure 10 provides a closer view of

one of these similar figures. On closer inspection, the CHARGE LINE, highlighted in red, is connected directly to the wire labeled 6GA – 50A, highlighted in orange.



*Figure 10: Flawed wiring diagram*

This CHARGE LINE is a 10 GA wire that, per applicable standards, requires protection by a 30A breaker. When referencing Figure 8, Table 1 specifies a 30A breaker. Table 2 allows a 40A or 50A breaker if the wire has appropriate insulation rating and is by itself or in a harness of no more than three wires. However, this wire is part of a seven-wire harness from a plug that connects to a vehicle, commonly referred to as a 7-way or Bargman cord. It is, therefore, ineligible for a breaker exceeding 30A. Forest River consistently misstates this requirement.

In this case, and in most instances, the wire is not protected whatsoever. It connects directly to a battery capable of supplying several hundred amps, making the wire a fire hazard if a short occurs and the wire completes a circuit to the battery. Not only is it a fire hazard for the trailer, but also for the tow vehicle if the short occurs in the wiring on the tow vehicle side (between the vehicle's fusing and the seven-way). If such a short develops, it could damage other wires within the 7-way harness, on either the vehicle side or the trailer side. The harness includes the brake line, turn signals, emergency braking, brake lights, hazard lights, and running lights. The breakaway switch is wired into the trailer battery along with wires

24

**Exhibit 2 - Page 24**

in the 7-way charge line. Failure of any of these wires could result in numerous hazards, including—but not limited to—the loss of brake function on the trailer.



*Figure 11: Wiring Diagram - RV association.pdf*



*Figure 12: Wiring Diagram Qualridge ForestRiver 0020997*

25

**Exhibit 2 - Page 25**



Applicant: Forest River, Inc.                                                                Figures                                         Report Number: REC503-43, Edition 5
Effective: December 14, 2015                                                                                                                 Page C195 of C230
ALL REPORTS ARE CONFIDENTIAL PROPERTY OF CLIENTS. PUBLICATION OF STATEMENTS, CONCLUSIONS OR EXTRACTS FROM OR REGARDING OUR
REPORTS IS NOT PERMITTED WITHOUT OUR WRITTEN APPROVAL. ANY LIABILITY ATTACHED THERETO IS LIMITED TO THE FEE CHARGED. THE RESULTS
OF THIS EVALUATION REPORT PERTAIN ONLY TO THE SPECIFIC SAMPLE(S) EVALUATED.

ForestRiver0020969

*Figure 13: Wiring Diagram from ForestRiver0020969*

Additionally, when this circuit is plugged into a tow vehicle, it presents a fire hazard to the wiring within the tow vehicle. The tow vehicle has a fuse box that protects the wiring in the vehicle and, by extension, the connected wiring in the trailer from *the tow vehicle's battery and alternator.* However, when another source is added, such as a battery inside the towable RV, the wiring in both the vehicle and the towable RV becomes vulnerable to overcurrent from the towable RV's battery.

## Danger to Trailer and Tow Vehicle

A tow vehicle's electrical system looks much like one in an RV in that all lines are provided with overcurrent protection.  Figure 14 shows the electrical schematic associated with the trailer plug wiring on a Chevrolet truck.  Highlighted in orange in both is the path current takes from the vehicle's battery and alternator to the 7-way plug that mates with the 7-way harness on the towable RV.  Note that it contains overcurrent protection in the form of a fuse situated inside the fuse block at the front of the truck.

26

**Exhibit 2 - Page 26**



*Figure 14: 2024 Chevrolet Silverado 2500/3500HD Trailer Connector - https://www.gmupfitter.com/wp-content/uploads/2024/08/081324-25-Silverado-2500-3500HD-Electrical-Body-Builder-Manual-SM_en_US.pdf*

Consider Figure 15. This represents the circuit of the connected tow vehicle and trailer. For simplicity, the vehicle's alternator is omitted. Shown are the tow vehicle battery, the tow vehicle fuse on the 7-way charge line, the Bargman/7-way plug, the Trailer breaker, and the trailer battery.



*Figure 15: Tow Vehicle/Trailer Circuit Diagram*

First, suppose a short occurs in the trailer alone (Figure 16). Current flows from the battery, through the short, and back along the frame of the trailer to the battery. If a breaker is properly installed and correctly sized, it will open the circuit, stopping the flow of current and preventing further damage to the wire and surrounding material. If it is not present or improperly installed, damage to the 7-way

27

**Exhibit 2 - Page 27**

harness could disable any functions supported by the 7-way harness, including the trailer brakes. Additionally, a fire on the 7-way charge line could spread to the trailer itself and imperil occupants, whether being towed or while stationary.



*Figure 16: Short in Trailer Wiring*

One can imagine a short from the tow vehicle's 7-way charge line to the frame inside the tow vehicle, shown in Figure 17. If there is no trailer connected, this short will complete a circuit from the battery and alternator through the vehicle's frame and will burn the fuse in the vehicle's fuse box, disconnecting the power source from the damaged circuit and preventing further damage (Figure 18).



*Figure 17: Short in Tow Vehicle*



*Figure 18: Burnt fuse in Tow Vehicle – no current flow*

Now consider this same situation with the trailer connected (Figure 19). The tow vehicle's fuse burns and disconnects the tow vehicle's battery from the circuit as before, but in the absence of a breaker on the towable RV, the trailer's battery continues to supply power to the damaged circuit until the circuit itself burns (Figure 20). See the experiments in Short Experiments for results of such a situation. This short can heat both the wiring inside the trailer and the tow vehicle, potentially igniting surrounding

28

**Exhibit 2 - Page 28**

components. Consequently, the shorted circuit poses a fire risk to both the tow vehicle and the trailer. Forest River warranty claims have shown this scenario multiple times, yet no root cause analysis was conducted to address this repeated failure. Worse yet, Forest River has repeatedly stated the fuse on the tow vehicle provides sufficient overcurrent protection when it does not.



*Figure 19: Short in Tow Vehicle with Trailer Connected*



*Figure 20: Short in Tow Vehicle with Trailer Connected after Tow Vehicle Fuse Burns*

When the charge line in the 7-way harness burns, it not only affects the 7-way charge line and any flammable materials nearby in the trailer or tow vehicle.  It can cause damage to trailer lighting as well as trailer brake systems, as well as any lines bundled with the 7-way charge line inside the tow vehicle. In this way, a trailer can be rendered without brakes by a short on the unprotected 7-way charge line either in the trailer or the tow vehicle.

## Incorrect Justifications

### Tow Vehicle Overcurrent Protection

Terry Anderson (former Forest River Codes and Standards employee) explained these diagrams in the following excerpt from his deposition (TJA 12:17 to 13:20).

> 12:17 - 16· ·A· · In 2019 there was a change -- actually before
> 17· · · · that, dealing with the automotive aspect of units
> 18· · · · which -- which would have affected overcurrent
> 19· · · · protection between the bargman plug and the
> 20· · · · battery.· The battery charge line is what I'm
> 21· · · · talking about.

29

**Exhibit 2 - Page 29**

13:9 ·A·· That's the charge line coming off the tow
10· · · · vehicle.· And the tow vehicle would have
11· · · · overcurrent protection built in for that line.
12· ·Q·· The tow vehicle being the pickup truck, for
13· · · · instance, if a pickup truck was towing the fifth
14· · · · wheel?
15· ·A·· Correct.
16· ·Q·· The fifth wheel -- I mean the pickup truck would
17· · · · have overprotection between where to where?
18· ·A·· I would not know exactly where the overcurrent
19· · · · protection would be, but that would be in the --
20· · · · in the automotive tow vehicle itself.

Mr. Anderson clearly states that the overcurrent protection inside the tow vehicle protects the 7-way charge line inside the trailer. This statement is incorrect. While it is true that the overcurrent protection in the vehicle protects the trailer from the tow vehicle's alternator and battery, it does not protect the system (meaning the trailer and the trailer wiring within the vehicle) from the battery inside the trailer. This creates a fire risk in both the RV trailer and the tow vehicle. If there is a short inside the trailer wiring—whether in the tow vehicle or the RV itself—the RV battery alone could be sufficient to cause a fire in the tow vehicle or the towable RV.

The incorrect belief that the tow vehicle should provide overcurrent protection is pervasive throughout the organization. Below is an excerpt from *Document 83 Filed 08/07/24 pg 1-2 where Forest River stated:*

> *Forest River's schematic reference drawing shows overcurrent protection for the charge line in the 7-way cord.* **The tow vehicle should provide overcurrent protection, and the overcurrent protection on the RV provides extra protection.** *This spring, Forest River performed an inspection of Nelson's Puma RVs and tow vehicle and performed a subsequent audit of its facilities that assemble 5th Wheel RVs. This audit revealed a potential assembly error in the wiring of the mini-breaker in the charge line of the 7-way cord system, which could result in the lack of overcurrent protection on the RV. When Forest River learned about this potential assembly error, it contacted NHTSA and commenced a nationwide recall campaign (the "Recall"). In doing so, Forest River has subjected itself to NHTSA's oversight to remedy that potential wiring problem in the 7-way cord.*

This again confirms that Forest River either has a complete misunderstanding of basic electrical principles or is actively attempting to mislead the Court and NHTSA. The tow vehicle's overcurrent protection does not protect the towable RV wiring from the battery in the towable RV. A short in the 7-way charge line poses the same risk to the trailer even when the towable RV is disconnected from the tow vehicle. A short anywhere along its length could subject the trailer to a fire. If plugged into a tow vehicle, it would present the same danger to the tow vehicle should the tow vehicle's wiring develop a short.

**Exhibit 2 - Page 30**

## Wire Insulation and Ampacity

Also in Mr. Anderson's deposition was a discussion of the proper ampacity of overcurrent protection for a 10AWG wire. When discussing the 7-way charge line, Mr. Anderson appears to be unfamiliar with Table 2 in Figure 8, especially the notes. The following is an excerpt from Mr. Anderson's deposition:

TJA 22:12-22

> 12 ·BY MR. HAYDEN:
> 13· ·Q· · Did the code requirements in 2018 permit a 50 amp
> 14· · · · breaker with a 10 gauge wire if the wire had an
> 15· · · · insulation temperature rating of 105?
> 16· ·A· · That's correct.
> 17· ·Q· · So if the wire had that insulation temperature
> 18· · · · rating of 105, you could use a 10 gauge wire with
> 19· · · · a 50 amp breaker, right?
> 20· ·A· · That is correct.
> 21· · · · · · · ·MR. HAYDEN:· Okay.· That's all I have
> 22· · · · for you.· Thank you.

Figure 21 reproduces the table Mr. Anderson is referencing. While a 10AWG wire with 105C or 125C insulation may be protected with a 50A breaker, note the two asterisks next to the 10 AWG line. The note referenced by the two asterisks specifically states that this row in the table is subject to the caveat that the harness may not have more than three wires. Because the 7-way Bargman harness has 7 wires, it does not meet this requirement.

We can also see this in the RVIA Guide to NFPA 1192. Figure 22 shows the relevant page. "When using *Table 2*, the number of wires bundled together must be considered. The number of "allowed conductors" includes return conductors. Where a wire bundle includes at least one large conductor (10 or larger), the bundle will be limited to not more than 3 conductors."

TABLE 2
OVERCURRENT PROTECTION
*Not More Than Seven Wires Per Harness
**Not More Than Three Wires Per Harness

| AWG OR SAE Conductor Size (Gage) | Maximum Ampacity at Conductor Insulation Temperature Rating of: 90° | Maximum Ampacity at Conductor Insulation Temperature Rating of: 105° C/125° C |
|---|---|---|
| 20* | 5 | 7.5 |
| 18* | 7.5 | 10 |
| 16* | 10 | 15 |
| 14* | 17.5 | 20 |
| 12* | 22.5 | 25 |
| 10** | 40 | 50 |
| 8** | 55 | 70 |
| 6** | 75 | 100 |
| 4** | 95 | 120 |
| 2** | 130 | 150 |
| 1** | 150 | |
| 1/0** | 170 | |
| 2/0** | 195 | |
| 3/0** | 225 | |
| 4/0** | 260 | |

| *2020 Edition* | | 8 | |

*Figure 21: ANSI/RVIA LV Table 2*

31

**Exhibit 2 - Page 31**

LV Standard for Low Voltage Systems                                         L-23

3-2 Sizing - Continued

| Table 2 OVERCURRENT PROTECTION *Not More Than Seven Wires Per Harness **Not More Than Three Wires Per Harness | | |
|---|---|---|
| AWG or SAE Conductor Size (Gage) | Maximum Ampacity at Conductor Insulation Temperature Rating of: 90° | Maximum Ampacity at Conductor Insulation Temperature Rating of 105°C/125°C |
| 1** | 150 | |
| 1/0** | 170 | |
| 2/0** | 195 | |
| 3/0** | 225 | |
| 4/0** | 260 | |

An exception to overcurrent protection requirements is allowed where specific direction is given by the original vehicle chassis manufacturer regarding extension of existing circuits or use of power feed connectors (see section *2-1 Power Source* on page *L-5* of this handbook for more details).

Installing overcurrent protection in parallel can also provide the required overcurrent protection. For example, 2-50 amp circuit breakers installed in parallel would provide protection of 100 amps.

When using *Table 2*, the number of wires bundled together must be considered. The number of "allowed conductors" includes return conductors. Where a wire bundle includes at least one large conductor (10 or larger), the bundle will be limited to not more than 3 conductors.

All conductors within a 12-volt circuit must be sized in accordance with the allowable ampacity of the overcurrent protection provided. In the event a return wire is used for more than one branch circuit, the return conductor must be capable of handling the maximum anticipated load of all involved circuits as determined by the size of the overcurrent protection provided.

The diagram on the following page will assist in understanding the concept of shared ground returns (see *Figure 3-2*):

April 2017

*Figure 22: Explanation of Table 2 FR0000223*

## OEM Circuit Extension

In Brent Chapman's deposition (Mr. Chapman was a former Forest River employee in the Quality and Code Testing Compliance division), he explained that he did not believe that the 7-way charge line had to be protected as he believed it was part of an OEM Circuit extension.

Brent Chapman Deposition:

> 20:
> 18 Q Do the low voltage standards apply to all low voltage
> 19 systems or devices installed in RVs, at least while you
> 20 were at Forest River?
> 21 A Not, not all systems.
> 22 Q What systems are excepted?
> 23 A Without having the standard in front of me, I -- I can't
> 24 -- I can't say it, you know, verbatim, but turning

32

**Exhibit 2 - Page 32**

25 signals, brake lamps, any kind of circuitry extension

21
1 from an OEM standpoint was not covered. It more or less
2 had to do with, you know, wiring that was involved with
3 production standpoint as far as circuitry and -- and amp
4 rating and whatever else. But not every system is
5 covered.

22:
19 Q And which low voltage circuits did you guys at Cedar
20 Creek install that were not done in accordance with the
21 low voltage standards?
22 A It was my understanding that anything related to brake
23 lamps, turn signals, clearance lights, anything to do
24 with the 7-way Bargman's cord, anything of that nature
25 was not covered by the standard, per se.

62:
19 A I, I don't know who taught it to me. It was just always
20 my understanding that anything relation -- relating to
21 the 7-way cord was protected by the fusing and circuitry
22 on the truck itself. And that it was exempt from the
23 over-current protection requirements that the code
24 specifies. That's, that's -- I, I don't know who taught
25 it to me. That's just what I was always under the
1 understanding of.

33

**Exhibit 2 - Page 33**



*Figure 23: OEM Circuit Extensions*

***2-2 OEM Circuit Extensions.*** *Additions to the OEM wiring system shall be permitted if **all** of the following conditions are met:*

1) *It can be documented that the OEM's wiring system can safely support such additional amperage loads.*
2) *In no case shall the OEM installed overcurrent protection device for any circuit added on to be removed and replaced with one of a higher amperage.*
3) *Conductors used for the extension of any OEM circuit shall meet or exceed the gage and temperature ratings of the OEM installed conductor. In the event…*

ANSI/RVIA LV defines **Original Equipment Manufacturer (OEM): The original <u>self-propelled vehicle chassis manufacturer</u>** in section 1-7. Forest River's understanding of this issue is misplaced. The seven-way wiring is not an OEM circuit as defined by ANSI/RVIA LV-2020. Accordingly, overcurrent protection is required.

34

Exhibit 2 - Page 34



*Figure 24: ANSI/RVIA LV Section 1-7: Definitions*

## Forest River claims that overcurrent protection is not required on travel trailers

This claim is not correct. The applicable standards require overcurrent protection on the seven-way wiring charge line for travel trailers and popup trailers. In fact, our field investigation saw multiple Forest River travel trailers that had the charge line protected by overcurrent protection. But, like with the fifth wheel, the lack of proper training and quality control has allowed some travel trailers to be manufactured in accordance with applicable standards while others are not.

## Schematic Edit History

Forest River identifies William Conway as its "Chief Corporate Engineer," a title that implies he meets the qualifications necessary for licensure. However, Mr. Conway is not a licensed engineer or eligible for such licensure. He also lacks a bachelor's degree from an ABET-accredited program (or any recognized equivalent). Mr. Conway has not taken or passed the Fundamentals of Engineering (FE) exam, and his work history does not suggest he has accumulated the requisite supervised experience under a licensed Professional Engineer.

35

Exhibit 2 - Page 35

Furthermore, there is no indication that he has passed the Principles and Practice of Engineering (PE) exam. Claiming Mr. Conway is a "Chief Corporate Engineer" violates the following professional engineering standards:

> **Position Statement:** It is the position of the National Society of Professional Engineers (NSPE) that the title "engineer" should only be used by qualified individuals.
>
> **Background:** NSPE defines "qualified individual" as:
>
> 1. An individual who is licensed under a jurisdiction engineering licensure law; or
>
> 2. An individual who has graduated from an ABET/EAC program; or
>
> 3. An individual whose degree has been evaluated as equivalent to an ABET/EAC program or one which has been approved by the National Council of Examiners for Engineers and Surveyors (NCEES) or a state or territorial engineering licensing board.
>
> The indiscriminate utilization of the title "engineer" by individuals who are not clearly professionally qualified as set forth in this position statement serves only to confuse the public.
>
> NSPE encourages the use of titles such as "engineering aide/assistant" and "engineering technician/technologist," as appropriate, to designate individuals/positions that clearly are not those which are appropriately licensed, educated, or legally defined but are part of the engineering team.

Similarly, the IEEE has a similar standard[3].

> It is the IEEE-USA position that:  • Individuals who have graduated with an engineering degree from an ABET/EAC accredited program of engineering education should not be prohibited from using the title "Engineer."

Despite not being an engineer, Forest River repeatedly represented that Conway was its "Chief Corporate Engineer" and, in conjunction with Mr. Anderson—who similarly lacks the requisite qualifications—had them design electrical schematics at issue in this case.

I have carefully reviewed the edit history of the schematics at issue. Both TJA (1998-2001) and WGC (2009-2016) have alternately edited both correct and incorrect schematics. During depositions for William Conway and Terry Anderson, confirmed they are WGC and TJA, respectively.

---

[3] https://ieeeusa.org/assets/public-policy/positions/workforce/EngineerTitle1122.pdf

36

**Exhibit 2 - Page 36**

*Table 4: Schematic Edit History*

| Edit Date | Author | | Document | |
|---|---|---|---|---|
| 3/15/2016 | WGC | ADDED SOLAR CONN. | E-01 | incorrect |
| 9/24/2015 | WGC | CLARIFY BARGEMEN GROUND | Fifth Wheels - 12-volt | correct |
| 9/24/2015 | WGC | CLARIFY GROUND ON BARGMAN | Travel Trailer - 12-volt | incorrect |
| 1/8/2012 | WGC | REPOSITION 30 AMP BREAKER | Fifth Wheels - 12-volt | correct |
| 4/2/2009 | WGC | ADDED CONV. | E-01-C | incorrect |
| 4/2/2009 | WGC | ADDED CONV. | E-01 | incorrect |
| 2/11/2006 | EVA | 06' PRINT REV. | E-01 | incorrect |
| 3/6/2001 | TJA | REMOVE 8GA WIRE | E-01-C | incorrect |
| 3/6/2001 | TJA | DELETE 8GA WIRE | Fifth Wheels - 12-volt | correct |
| 3/6/2001 | TJA | DELETE 8GA WIRE | Travel Trailer - 12-volt | incorrect |
| 8/1/1999 | TJA | 99 CODE CHANGE | E-01-C | incorrect |
| 10/15/1998 | TJA | 98 MOD. REVIEW | Fifth Wheels - 12-volt | correct |
| 10/15/1998 | TJA | 98 MOD. REVIEW | Travel Trailer - 12-volt | incorrect |

## Forest River Wiring Guide

Forest River's Electrical Guidelines (commonly referred to as its "Wiring Guide") succinctly illustrates the code deficiencies identified in the above schematics, the Nelson Fire, and the Field Investigation. Figure 25 highlights both the cover of these guidelines and a sample wiring schematic for the breakaway switch, as well as details of the Bargman or seven-way plug. Within this schematic, Forest River provides three possible wiring methods for these components—yet all three violate Chapter 3 of the ANSI/RVIA LV standard.

37

**Exhibit 2 - Page 37**



*Figure 25: ForestRiver0004990 and ForestRiver0005021 showing 7-way wiring in tent campers*

**Standards Department**
**2018 NFPA 1192, 2018 ANSI LV & 2017 NEC**
**RV Deviation Database**

**Revised**
**5/22/2020**

Standard        paragraph number reference to the respective standard (deviation number)

Subcategory     number assigned to distinguish deviations with the same paragraph reference to
(subcat.)       avoid unnecessary repeats

Type            Deviation classification (A, B, C)
                TYPE "A" DEFICIENCIES are considered most severe.
                TYPE "B" DEFICIENCIES are considered severe.
                TYPE "C" DEFICIENCIES are considered least severe.

Discipline      Reference to the standard category
                LV = Low Volt of RVIA/ANSI LV
                120V = 120 volt of NEC
                H = Fuel Systems (Heating) section of NFPA 1192
                F = Fire and Life Safety section of NFPA 1192
                P = Plumbing section of NFPA 1192
                V = Vehicular Requirements
                A = Appendix of the RVIA 1192 Handbook
                QC = Quality Control
                DR = Document Requirement
                FM = Federal Motor (FMVSS)
                PR = Program Requirement
                ST = ST Tire Type
                WL = Weight Label

Description     Language of the specific deviation. Red color indicates the RVIA inspector needs to
                "specify" language further explaining the area causing the citing of the deviation

The list is sorted in order of Discipline.

**RV INDUSTRY ASSOCIATION**

ForestRiver0000854

| Standard | Subcategory | Type | Discipline | Description |
|---|---|---|---|---|
| 2-3 | 22 | B | LV | Battery prep compartment shall have battery securing means provided. |
| 2-4 | 01 | B | LV | Battery shall be grounded to chassis with minimum No. 8 copper conductor or equal to the battery power lead, whichever is larger. |
| 2-4 | 02 | B | LV | If power lead from battery exceeds No. 8 then the grounding conductor shall be of an equal size. |
| 3-1 | 01 | C | LV | Pigtails shall be less than 10 inches in length or comply with requirements. |
| 3-2 | 01 | B | LV | Low voltage conductors shall be protected by overcurrent device rated not in excess of ampacity of conductor. (specify) |
| 3-2 | 02 | B | LV | Low voltage conductors shall be protected by overcurrent device rated not in excess of ampacity of conductor. (specify) |
| 3-2 | 03 | B | LV | Low voltage conductors shall be protected by overcurrent device rated not in excess of ampacity of conductor. (specify) |
| 3-3 | 01 | C | LV | Automotive circuit  breaker incorrectly wired, ( "bat" line on "aux" terminal and "aux" line on "bat" terminal). |
| 3-3 | 02 | B | LV | Circuit breakers or fuses shall be of an approved type. |
| 3-3 | 03 | B | LV | Circuit breakers or fuses shall have a DC rating not less than the nominal system voltage. |
| 3-4 | 01 | B | LV | Fuse holders and circuit breakers shall be clearly marked with maximum replacement size. |
| 3-4 | 02 | B | LV | Label for maximum replacement fuse sizes shall be installed immediately adjacent to fuse holder. |
| 3-4 | 03 | B | LV | Circuit board fuseholder marking must match circuits to fuseholders in some manner. |
| 3-5 | 01 | B | LV | Overcurrent protection needed within 18 inches after conductor enters the vehicle. |
| 3-5 | 02 | C | LV | Overcurrent protective device shall be installed in an accessible location. |
| 3-6 | 03 | B | LV | Overcurrent protective device shall be installed within 18 inches of power source. |
| 3-6 | 01 | B | LV | Overcurrent protective devices shall be protected against weather and physical damage. (specify) |
| 4-1 | 01 | C | LV | Copper conductors shall be used for low-voltage circuits. |
| 4-1 | 02 | C | LV | All low voltage conductors shall be stranded. |
| 4-1 | 03 | C | LV | Provide evidence of ampacity rating of buss bar. |

5/22/2020                                                          Page 3

ForestRiver0000856

| Standard | Subcategory | Type | Discipline | Description |
|---|---|---|---|---|
| 4-1 | 04 | C | LV | Provide evidence for number and size of conductors for buss bar. |
| 4-2 | 01 | C | LV | All low voltage conductors shall have a minimum insulation rating of 90 degrees C. |
| 4-2 | 02 | C | LV | Conductors in the engine compartment or underchassis and within 10 inches of  an exhaust component shall have a minimum insulation rating of 125 degrees C. |
| 4-2 | 04 | C | LV | Conductors sizes 6 AWG through 18 AWG or SAE shall be listed. |
| 4-4 | 01 | C | LV | Unlisted conductors shall be marked with conductor material, temperature rating, wire gage and insulation thickness. |
| 4-4 | 02 | C | LV | Listed conductors shall be marked as required by the listing agency. |
| 4-6 | 01 | C | LV | Provide evidence circuit board complies with SAE J771C. |
| 4-6 | 01 | C | LV | Ground return shall be uniquely identified. |
| 4-7 | 01 | C | LV | Circuit conductors shall maintain their established identification throughout their run. |
| 5-1 | 01 | B | LV | Low voltage conductors shall be protected from physical damage. (specify) |
| 5-1 | 02 | B | LV | Conductors shall be routed away from sharp edges, moving parts, or heat sources. (specify) |
| 5-1 | 03 | B | LV | Conductors in the engine compartment shall be routed and secured to prevent damage from moving parts and heat sources. |
| 5-1 | 04 | B | LV | Conductors mounted under the dashboard area are to be securely supported. |
| 5-1 | 05 | B | LV | Conductors shall be protected against physical damage on floor area accessible for storage. |
| 5-1 | 06 | C | LV | Conductors shall be supported. |
| 5-1 | 07 | B | LV | Holes or slots for wire routing that do not have rolled edges require additional protection. |
| 5-1 | 09 | B | LV | Sealants are acceptable for protection of conductors passing thru holes if the wire(s) is centered and sealant completely surrounds the conductor. |
| 5-1 | 12 | B | LV | Low voltage conductors shall have additional layer of equivalent material where clamped to the structure (special staple needed). |
| 5-1 | 13 | B | LV | 12-volt conductors shall be routed away from power cord storage areas. |

5/22/2020                                                          Page 4

ForestRiver0000857

*Figure 26: RVIA RV Deviation Database*

39

**Exhibit 2 - Page 39**

Figure 27, Figure 28, and Figure 29 show each of these three methods with the other methods removed and certain corrections made.

In Figure 27, depicting Method 1, the breaker must be a 30A to be compliant with ANSI/RVIA LV. It is depicted as a 50A breaker in Figure 26. This constitutes a Type B, or severe deviation, standard 3-2, subcategory 01, 02, or 03, shown in Figure 27.

Additionally, there is no denotation of the 18" maximum wire length between the battery and overcurrent protective devices (3-5 01 or 03, both Type B or severe deviations.)

This deviation invokes ANSI/RIVIA LV Tables 1 and 2 (Figure 21). Table 1 shows that a 10AWG wire must have a 30A overcurrent protection device. Table 2 allows for a 50A device with proper insulation temperature rating, but only if there are not more than three wires per harness. The 7-way, or Bargman plug harness, has, by definition, more than three wires.



*Figure 27: Cleanup to show method 1*

Method 2, shown in Figure 28, is a slight modification of Method 1. In it, the attachment of the breakaway switch is moved from the overcurrent protection device to the battery itself. This still constitutes a Type B, or severe deviation, standard 3-2, subcategory 01, 02, or 03 (overcurrent protection) and a Type B, or severe deviation, standard 3-5, subcategory 01 or 03 (max 18" from source to overcurrent protection).

40

**Exhibit 2 - Page 40**



*Figure 28: Cleanup to show method 2*

Figure 29, depicting method 3, shows the most serious issue, though it still constitutes a Type B, or severe deviation, standard 3-2, subcategory 01, 02, or 03. The battery is connected directly to the 10AWG charge line in the Bargman or 7-way plug without any overcurrent protection at all.  This configuration additionally exposes the tow vehicle to a battery without overcurrent protection when it is connected to the trailer, meaning that a short in the tow vehicle could cause fires in both the tow vehicle and the trailer.



*Figure 29: Cleanup to show method 3*

41

**Exhibit 2 - Page 41**

## Nelson Fire

### Event

Nelson and family attended Black Sandy campground. They had previously used the trailer for six camping trips (Nelson(46:9)). Upon leaving on May 19, 2020, they noticed a fire. After removing their children from the tow vehicle, Mr. Nelson and his wife were able to extinguish the fire and inspect the trailer.

Jay Nelson's fire is interesting in that it did not completely burn the RV and allows for a determination of the cause of the fire.



*Figure 30: Black Sandy Campground*

### Inspection of "Repaired" 2019 Puma

The location of a short is clearly evident on the cover plate of the junction box of Mr. Nelson's 2019 Puma. Figure 31 shows the cover place with copper deposits from the short event.  Figure 32 shows a wire that has pulled free of the crimp fitting.  This wire, the 7-way charge line, which is unprotected by an overcurrent protection device, has come into contact with the grounded junction box cover plate, causing the short which resulted in the fire.

42

**Exhibit 2 - Page 42**



*Figure 31: Junction box cover showing evidence of short*



*Figure 32: FR0000022: notice wire pulled from crimp fitting*

43

**Exhibit 2 - Page 43**



*Figure 33: FR0000027: empty crimp fitting, shorted charge line against cover plate*

This analysis is consistent with D&D RV Center's analysis. From Mark Rispens' deposition (Mr. Rispens is the general manager of D&D RV Center):

Rispens 101424_C – (23:18-24)

> *18 Q. Now, this says, "Original note:*
> *19 Warranty@ddrvcenter.com 2020-6-8 8:11:23. Customer*
> *20 was out camping and smelled smoke inside unit.*
> *21 Customer went out and saw smoke coming out of the*
> *22 junction box and immediately disconnected 12V*
> *23 system. We found upon inspection a poorly crimped*
> *24 charge line wire connection that started the fire.*

During our field investigation, we observed multiple instances where wire nuts were not properly crimped and easily came apart. There are numerous possible reasons for the wire nut coming off here, but the specific cause is not the point. In this case, once the charge line disconnected—and because it was not protected by overcurrent protection—a fire ensued. Had Forest River wired the seven-way system with proper overcurrent protection, the fire would not have occurred. Without question, the lack of overcurrent protection violated applicable standards.

44

**Exhibit 2 - Page 44**



*Figure 34: burned wiring harness 2019 Puma*



*Figure 35: Burned 7-way charge line at breaker, directly connected to battery*

45

**Exhibit 2 - Page 45**



*Figure 36: Illustration of adequate slack in 7-way cord*

46

**Exhibit 2 - Page 46**



*Figure 37: Push-in connector has failed again*



*Figure 38: Failed push-in connector and resulting wire damage*

47

**Exhibit 2 - Page 47**



*Figure 39: unlevel junction box*

The junction box was installed out of level. Notably, the push-in connector appears dislodged again, likely caused by repeated torsion from bouncing combined with improper strain relief on the 7-way harness.

The junction box cover shows remnants of a short that caused the fire. Observe the copper deposit in the upper right corner.

In depositions, both William Conway and Mr. Rispens testified that the junction box had been yanked hard enough to sever one of the two screws holding the junction box to the frame, thus causing it to twist. However, an inspection of the junction box revealed that, although it was not mounted squarely with the frame (Figure 39), only one screw was ever holding the box to the frame (Figure 40). Moreover, there is just one hole in the frame, making the presence of a second screw impossible. In the field, we observed numerous junction boxes mounted with a single screw and out of level.

Finally, Dr. Rojas and I both attempted to apply forceful tension on the seven-way cord, yet the box would not rotate in the manner described by pulling alone. We attempted this multiple times on the 2019 Puma, and there was no way for such an action to occur solely through tension on the cord. Simply put, the speculative statements regarding Mr. Nelson pulling on the seven-way cord—as described in the deposition testimony—are incorrect and physically impossible. Forest River's claims violate basic rules of physics.

48

**Exhibit 2 - Page 48**



*Figure 40: showing one screw hole in bulkhead in 2019 puma*

Rispens 101424_C – 27:8-25

> *8 Q. And are there normally two bolts holding*
> *9 the metal junction box?*
> *10 A. You mean the cover to the metal junction*
> *11 box or the junction box mounted to the trailer?*
> *12 Q. The junction box -- thank you. The*
> *13 junction box mounted to the trailer, are there*
> *14 normally --*
> *15 A. Yes.*
> *16 Q. -- two bolts --*
> *17 A. Yes.*
> *18 Q. -- holding that?*
> *19 A. Yes.*
> *20 Q. And does this appear that one of those*
> *21 bolts has been broken loose?*
> *22 A. It looks like that, yes.*
> *23 Q. Could that occur from pulling the*
> *24 seven-way cord?*
> *25 A. Sure. Yes.*

Conway Depo_full

> *19 A·· It was several -- it was several -- a couple*
> *20···· months ago, he had called me and we had a*
> *21···· conversation.· That's the last conversation I've*
> *22···· had with him for quite a while.*
> *23··Q··· And did he mention to you that I had reached out*

49

**Exhibit 2 - Page 49**

*24· · · · to him?*
*25· ·A· · Yes, he did.·*
*1· ·Q· · Okay.· And what did Mr. Anderson share with you ·*
*2· · · · that day? ·*
*3· ·A· · He just wanted to know what the deal was.· And I*
*·4· · · · gave him my view, and left it at that. ·*
*5· ·Q· · And when you say "your view," what was your view? ·*
*6· ·A· · I think the electrical system was put under an ·*
*7· · · · extreme stress that pulled the wires -- abraded ·*
*8· · · · them so that they shorted out against the frame. ·*
*9· ·Q· · And that's what you told Mr. Anderson?*
*10· ·A· · Yes.*
*11· ·Q· · Now, at the time that you told Mr. Anderson that,*
*12· · · · had you actually seen the Nelson RV?*
*13· ·A· · No.*
*14· ·Q· · And since you told Mr. Anderson that, have you*
*15· · · · now seen the Nelson RV?*
*16· ·A· · After it was repaired, yes.*

*Conway 107*
*22· ·Q· · And, of course, one issue is determining what the*
*23· · · · cause and the origin of the fire is, correct?*
*24· ·A· · That's correct.*
*25· ·Q· · And were you able to determine in your·*
*1· · · · post-repair inspection of Mr. Nelson's 2019 Puma ·*
*2· · · · that caught on fire what the cause and origin of ·*
*3· · · · that fire was? ·*
*4· ·A· · Well, I have my own theory based on the pictures, ·*
*5· · · · not on the inspection of the unit. ·*
*6· ·Q· · And walk me through your theory, please. ·*
*7· ·A· · I think what he did is he forgot to unhook it and ·*
*8· · · · he drove away.· And he tore that whole system ·*
*9· · · · loose.· And when he re-hooked up to it in the ·*
*10· · · · morning to leave, he activated that system from*
*11· · · · the tow vehicle and it caught fire.*
*12· ·Q· · Okay.· Let's break that down a little bit.· Take*
*13· · · · it one step at a time.· First he forgot to unhook*
*14· · · · it.· What are you saying he forgot to unhook?*
*15· ·A· · The bargman connection that connects to his tow*
*16· · · · vehicle.*
*17· ·Q· · The 7-way connector?*
*18· ·A· · That is correct.*
*19· ·Q· · So you think he attempted to drive his truck away*
*20· · · · from the fifth wheel without disconnecting the*

50

**Exhibit 2 - Page 50**

*21· · · · 7-way connector?*
*22· ·A· · Yes.*
*23· ·Q· · And that that resulted in damage?*
*24· ·A· · Yes.*
*25· ·Q· · And that the damage that resulted from him·*
*1· · · · attempting to drive away set up the situation ·*
*2· · · · that resulted in the fire? ·*
*3· ·A· · Yes.*

### Fix of "Repaired" 2019 Puma

Dr. Rojas and I rewired the 2019 Puma to bring it into compliance with Relevant Standards.  This involved completely replacing the junction box with a plastic junction box with proper strain relief for the 7-way cord and adding a 30 A breaker to properly overcurrent protect the 7-way charge line.

## Electrical Fire Deaths

Forest River has repeatedly claimed that there have been no injuries or deaths resulting from the lack of overcurrent protection on the 7-way charge line.

51

**Exhibit 2 - Page 51**



Figure 41: Warranty and Tech support email concerning King fire and death

Exhibit 2 - Page 52



Confidential Subject to Protective Order                                                                                    ForestRiver0030216

*Figure 42: Aftermath of King fire and death*

53

**Exhibit 2 - Page 53**

*Figure 43: OCC incident report with inoperative death dropdown menu*

A fire that started at the front end of a Columbus took the life of Mrs. King while she was in the towable RV. Forest River notes and accompanying photographs confirm that the fire originated in the front of the unit. The bed where she would have been sleeping is located directly above the area where the seven-way wiring enters the battery compartment.

The 2020 Columbus charge line was not properly protected with overcurrent protection. For the towable RV to ignite, it would have required an ignition source—such as an electrical short. Electrical shorts are a frequent cause of fires, which is why overcurrent protection is required.

In the internal email ForestRiver0030212 (Figure 41), Kaidy Johnson, a warranty and tech support employee, noted that she was unable to select the option indicating a fatality—writing, "There WAS a death, the box would not let me select the YES button on our PDF form." This suggests an internal issue with reporting fatalities as required by the Safety Act. When asked by the Court if Forest River had an inability to track deaths, Forest River denied this fact in the February 13, 2025 hearing,

Moreover, Forest River did not conduct a root cause analysis of this fire. Nor did they inform Mr. King about the lack of overcurrent protection on the seven-way wiring charge line. Had they conducted a

Exhibit 2 - Page 54

root cause analysis, it is possible they could have confirmed or ruled out the lack of overcurrent protection. Forest River cannot claim the lack of overcurrent protection was not the cause of this death.

During the Field Investigation, it was discovered that Forest River added a breaker on the 2024 Columbus next to the junction box at the front of the trailer. This new breaker protects the 7-way charge line from the battery, but its placement by Forest River violates applicable standards. Specifically, the location of this overcurrent protection exceeds 18 inches from the battery, which contravenes ANSI/RVIA LV (see 7-Way protection on fifth wheel near Junction Box).

After reviewing this matter, it appears that the lack of overcurrent protection on the charge line was a likely cause of this fire, absent other more plausible causes. Mr. Matt King confirmed that his wife was not a smoker and would not have had a cigarette or anything flammable in her hands when she fell asleep.

Additionally, Forest River's claim to the Court in the February 13, 2025, hearing that "there's been no evidence that the alleged wiring defects in the 7-way cord have caused any injuries or deaths. Zero injuries or deaths in the mountain of discovery that has been produced." This statement is simply not supportable in light of the evidence related to Mrs. King's death.



*Figure 44: 2020 Columbus 389FL in Missoula, MT*

Note no breaker outside junction box

55

**Exhibit 2 - Page 55**



*Figure 45: 2024 manufacture Columbus 4x4fcmp27s6014763*



*Figure 46: 2022 OCC Investigation showing Columbus Wiring*

56

Exhibit 2 - Page 56

## Field Investigation

In the fall of 2024, Dr. Folkers Rojas and I began a field investigation to determine how widespread the 7-way overcurrent protection code violations were. We visited over seven cities across the Western United States, inspecting both new and used RVs at various dealers to examine Forest River towable RVs

### Examples

Figure 47 shows four types of wiring flaws observed during the Field Investigation. The upper left represents a 7-way charge line directly connected to the RV battery at a breaker post. This is clearly a violation of ANSI/RVIA LV 3-1, "All conductors shall be provided with overcurrent protection." 3-2 further defines sizing of overcurrent protection. Per Figure 48, the RVIA RV Deviation Database, this is a type B deviation, Standard 3-2, Subcategory 01, 02, or 03.

The upper right represents a 7-way charge line spliced directly into the RV battery line. Again, this is clearly a violation of ANSI/RVIA LV 3-1, "All conductors shall be provided with overcurrent protection." 3-2 further defines sizing of overcurrent protection. Per Figure 48, this is a type B deviation, Standard 3-2, Subcategory 01, 02, or 03.

The lower left shows the RV battery tied directly to devices in the RV's interior. Per Figure 52, this is a type B deviation, Standard 3-2, Subcategory 01, 02, or 03.

The lower right shows a breaker added to the 7-way charge line some distance away from the battery compartment. In this figure, a long line is connected between the RV Battery and the overcurrent protection on the 7-way charge line. In this situation, the long line is unprotected and presents a risk to the structure along this line. In this case, this is a violation of ANSI/RVIA 3-5. Per Figure 48, this is a type B deviation, Standard 3-5, Subcategory 01.



*Figure 47: Four types of code violations seen in Field Investigation*

57

**Exhibit 2 - Page 57**

**Standards Department**
**2018 NFPA 1192, 2018 ANSI LV & 2017 NEC**
**RV Deviation Database**

**Revised**
**5/22/2020**

| | |
|---|---|
| Standard | paragraph number reference to the respective standard (deviation number) |
| Subcategory (subcat.) | number assigned to distinguish deviations with the same paragraph reference to avoid unnecessary repeats |
| Type | Deviation classification (A, B, C)<br>TYPE "A" DEFICIENCIES are considered most severe.<br>TYPE "B" DEFICIENCIES are considered severe.<br>TYPE "C" DEFICIENCIES are considered least severe. |
| Discipline | Reference to the standard category<br>LV = Low Volt of RVIA/ANSI LV<br>120V = 120 volt of NEC<br>H = Fuel Systems (Heating) section of NFPA 1192<br>F = Fire and Life Safety section of NFPA 1192<br>P = Plumbing section of NFPA 1192<br>V = Vehicular Requirements<br>A = Appendix of the RVIA 1192 Handbook<br>QC = Quality Control<br>DR = Document Requirement<br>FM = Federal Motor (FMVSS)<br>PR = Program Requirement<br>ST = ST Tire Type<br>WL = Weight Label |
| Description | Language of the specific deviation. Red color indicates the RVIA inspector needs to "specify" language further explaining the area causing the citing of the deviation |

The list is sorted in order of Discipline.

ForestRiver0000854

| Standard | Subcategory | Type | Discipline | Description |
|---|---|---|---|---|
| 2-3 | 22 | B | LV | Battery prep compartment shall have battery securing means provided. |
| 2-4 | 01 | B | LV | Battery shall be grounded to chassis with minimum No. 8 copper conductor or equal to the battery power lead, whichever is larger. |
| 2-4 | 02 | B | LV | If power lead from battery exceeds No. 8 then the grounding conductor shall be of an equal size. |
| 3-1 | 01 | C | LV | Pigtails shall be less than 10 inches in length or comply with requirements. |
| 3-2 | 01 | B | LV | Low voltage conductors shall be protected by overcurrent device rated not in excess of ampacity of conductor. (specify) |
| 3-2 | 02 | B | LV | Low voltage conductors shall be protected by overcurrent device rated not in excess of ampacity of conductor. (specify) |
| 3-2 | 03 | B | LV | Low voltage conductors shall be protected by overcurrent device rated not in excess of ampacity of conductor. (specify) |
| 3-3 | 01 | C | LV | Automotive circuit breaker incorrectly wired, ( "bat" line on "aux" terminal and "aux" line on "bat" terminal). |
| 3-3 | 02 | C | LV | Circuit breakers or fuses shall be of an approved type. |
| 3-3 | 03 | B | LV | Circuit breakers or fuses shall have a DC rating not less than the nominal system voltage. |
| 3-4 | 01 | B | LV | Fuse holders and circuit breakers shall be clearly marked with maximum replacement size. |
| 3-4 | 02 | B | LV | Label for maximum replacement fuse sizes shall be installed immediately adjacent to fuse holder. |
| 3-4 | 03 | B | LV | Circuit board fuseholder marking must match circuits to fuseholders in some manner. |
| 3-5 | 01 | B | LV | Overcurrent protection needed within 18 inches after conductor enters the vehicle. |
| 3-5 | 02 | C | LV | Overcurrent protective device shall be installed in an accessible location. |
| 3-6 | 03 | B | LV | Overcurrent protective device shall be installed within 18 inches of power source. |
| 3-6 | 01 | B | LV | Overcurrent protective devices shall be protected against weather and physical damage. (specify) |
| 4-1 | 01 | C | LV | Copper conductors shall be used for low-voltage circuits. |
| 4-1 | 02 | C | LV | All low voltage conductors shall be stranded. |
| 4-1 | 03 | C | LV | Provide evidence of ampacity rating of buss bar. |

5/22/2020

Page 3

ForestRiver0000856

| Standard | Subcategory | Type | Discipline | Description |
|---|---|---|---|---|
| 4-1 | 04 | C | LV | Provide evidence for number and size of conductors for buss bar. |
| 4-2 | 01 | C | LV | All low voltage conductors shall have a minimum insulation rating of 90 degrees C. |
| 4-2 | 02 | C | LV | Conductors in the engine compartment or underchassis and within 10 inches of an exhaust component shall have a minimum insulation rating of 125 degrees C. |
| 4-2 | 04 | C | LV | Conductors sizes 6 AWG through 18 AWG or SAE shall be listed. |
| 4-4 | 01 | C | LV | Unlisted conductors shall be marked with conductor material, temperature rating, wire gage and insulation thickness. |
| 4-4 | 02 | C | LV | Listed conductors shall be marked as required by the listing agency. |
| 4-6 | 01 | C | LV | Provide evidence circuit board complies with SAE J771C. |
| 4-6 | 01 | C | LV | Ground return shall be uniquely identified. |
| 4-7 | 01 | C | LV | Circuit conductors shall maintain their established identification throughout their run. |
| 5-1 | 01 | B | LV | Low voltage conductors shall be protected from physical damage. (specify) |
| 5-1 | 02 | B | LV | Conductors shall be routed away from sharp edges, moving parts, or heat sources. (specify) |
| 5-1 | 03 | B | LV | Conductors in the engine compartment shall be routed and secured to prevent damage from moving parts and heat sources. |
| 5-1 | 04 | B | LV | Conductors mounted under the dashboard area are to be securely supported. |
| 5-1 | 05 | B | LV | Conductors shall be protected against physical damage on floor area accessible for storage. |
| 5-1 | 06 | C | LV | Conductors shall be supported. |
| 5-1 | 07 | B | LV | Holes or slots for wire routing that do not have rolled edges require additional protection. |
| 5-1 | 09 | B | LV | Sealants are acceptable for protection of conductors passing thru holes if the wire(s) is centered and sealant completely surrounds the conductor. |
| 5-1 | 12 | B | LV | Low voltage conductors shall have additional layer of equivalent material where clamped to the structure (special staple needed). |
| 5-1 | 13 | B | LV | 12-volt conductors shall be routed away from power cord storage areas. |

5/22/2020

Page 4

ForestRiver0000857

*Figure 48: RVIA RV Deviation Database*

58

**Exhibit 2 - Page 58**

Battery tied directly to 7-way charge line

The following figures represent examples of type B deviations, Standard 3-2, Subcategory 01, 02, or 03, as shown in the upper left of Figure 47.



*Figure 49: 2024 Viking 5zt2vwgc7rj124667*

59

**Exhibit 2 - Page 59**



*Figure 50: 2024 East to West Silverlake 5zt2skpb4s9014809*



*Figure 51: 2023 Salem FSX 5zt2smgc2rn802042*

60

**Exhibit 2 - Page 60**



*Figure 52: 2024 Wildwood XLite 4X4TWDX23ST145782*



*Figure 53: East to West Longitude 5zt2lnrb6s9010966*

## 7-Way protection on fifth wheel near Junction Box

The following figures show type B deviations, Standard 3-5, Subcategory 01.



*Figure 54: Breaker next to Junction Box (Rockwood Ultralite 4x4frlc22j1880218)*

61

**Exhibit 2 - Page 61**



*Figure 55: hot line to breaker (Columbus 4X4FCMR24S6014832)*

In Figure 55, one can see the breaker arrangement next to the junction box on a 2024 Columbus fifth wheel trailer. The red and black line was traced back to the battery shutoff switch, where it is directly connected to the battery within the trailer's battery compartment. Here, one can see that the red and black lines run to a circuit breaker next to the junction box, leaving an unprotected span of at least ten feet. This configuration constitutes a Type B deviation, Standard 3-5, Subcategory 01. The breaker sits between this red and black line and the 7-way charge line, yet it does nothing to protect that 10'+ span. Additionally, the line is directly connected to the breakaway switch, which is exempt from overcurrent protection requirements.

This exact arrangement appears in Forest River's 2022 Survey, detailed in the 2022 Survey, specifically in Figure 85, which shows the arrangement at Plant 81 in 2022.

### Spliced Directly In – Popups

The popup trailers displayed the most egregious violations of ANSI/RVIA LV Chapter 3: Circuit Protection requirements. In Figure 56, Figure 57, and Figure 58, one can see battery lines spliced directly into the 6-way-to-7-way plug adapter. The batteries are directly connected to the 7-way charge line by a splice. This is a standards violation.

*Figure 56: Flagstaff Classic 4x4cfs215gd176133*

62

**Exhibit 2 - Page 62**



*Figure 57: Rockwood Premier 4x4cpr216fd292820*



*Figure 58: Rockwood ESP 4x4cfmw2xkd305765*

## Breakaway wired through drilled hole in Junction Box

Figure 59 and Figure 60 show the breakaway switch line routed through a hole drilled in the junction box. This critical safety system is passed through a grounded structure with sharp edges and no protection. A knot inside the junction box keeps the wire in place. The sharp corners of the hole can wear away the wire's insulation over time—as the RV trailer experiences the vibration of towing—thereby potentially disabling this critical safety system. Because this circuit is exempt from overcurrent protection requirements, it also poses a fire or thermal event risk.

In line with ANSI/RVIA LV, this arrangement constitutes a Type B (severe) defect, Standard 5-1, Subcategory 01 or 02.

63

**Exhibit 2 - Page 63**



*Figure 59: Breakaway line routing (XLR microboost 5zt2xlsb5rz002094)*

Figure 59 and Figure 60 are two of many examples we found of breakaway wiring routed in this manner. Although the breakaway switch lines are specifically exempt from overcurrent protection, they remain subject to the physical protection requirements specified in in ANSI/RVIA LV 5-1 Conductor Protection. Moreover, the breakaway line routinely runs with the wiring going to the battery compartment. This is a violation of applicable standards.

64

**Exhibit 2 - Page 64**



*Figure 60: Puma 4x4fpua2xnp092692*

### Failed Arlington Industries Push-in Connectors

Throughout the Field Investigation, we encountered numerous examples of failed push-in connectors. We noticed this on multiple towable RVs that a customer had never used. Shown in Figure 61 is the Arlington NM-series push-in connector, which is the connector we found in many of the trailers in the field. The sales brochure shows its use in new and existing wood-framed buildings with Romex cabling. A call to Arlington confirmed that these connectors are intended for building construction; the sales representative did not recommend their use in vehicle applications.

We observed failures of these connectors on all types of lines entering the junction box. In many cases, it appears that the connectors were simply not fully seated or were improperly strain-relieved. As these trailers are subject to vibrations during towing, we expect that many of these push-in connectors will become completely dislodged, allowing insulation to be worn away by the sharp edges of the metal junction boxes, which may lead to shorts, thermal events, fires, and loss of equipment functionality.

65

**Exhibit 2 - Page 65**



*Figure 61: Arlington NM-series Connectors*

Note that many were present on the 7-way cord as it enters the junction box push-in connectors are located on the 7-way cord as it enters the junction box; however, defects were not limited to the 7-way cord. For example, Figure 62 shows the large plug-in connector on a 2022 Rockwood Mini Lite that has not been fully seated.



*Figure 62: 2022 Rockwood mini lite 4x4trla23nd451132*

66

**Exhibit 2 - Page 66**



*Figure 63: failed push-in connector on 2024 Chaparral Light 5zt3clvb8ra331527*



*Figure 64: Coachmen Brookstone 5zt3bk5bxsa331855*



*Figure 65: Palomino Columbus*

67

**Exhibit 2 - Page 67**



*Figure 66: Coachmen Clipper 5zt2cwac0sj135096*



*Figure 67: Vibe 4x4tvbb21r4125193*

68

**Exhibit 2 - Page 68**



*Figure 68: Puma 4x4fptp23pp098788*

## Wires in Metal Romex Clamps without Protection

Also found in the investigation were metal Romex clamps securing wires inside the junction box. Per ANSI/RVIA LV 5-1, "Conductors shall be protected against physical damage and shall be supported. *Where insulated conductors are clamped to the structure, the conductor insulation shall be supplemented by an additional wrap or layer of equivalent material, except that jacketed cables shall not be required to be so protected.* Wiring shall be routed away from sharp edges, moving parts, or heat sources." These metal Romex clamps clearly are an area where wiring requires an additional layer of protection, and we saw many examples of wiring that was not properly protected and had been damaged by not having the required added protection. This practice is an applicable standards violation. This is made worse by the fact that in a majority of the models, the charge line is not protected by a breaker.



*Figure 69: Cherokee Limited 5zt2ckrb2r2013400*

70

**Exhibit 2 - Page 70**



*Figure 70: Puma 4x4fpub25mp091107*



*Figure 71: Arctic Wolf Cherokee 5zt3ck3b1p0715987*



*Figure 72: Vengeance 5zt3vgwbxl1001654*

Figure 72 shows resulting wiring damage after a metal Romex clamp has unscrewed itself from inside the junction box.

### Wires Routed Next to Sharp Edges

Throughout the field investigation, we repeatedly found conductors routed next to sharp edges, screws, breaker screw posts, and other structures that could damage them. This is again a violation of ANSI/RVIA LV 5-1.

73

**Exhibit 2 - Page 73**



*Figure 73: Alpha Wolf 5zt2ckfbxr2013729*

74

**Exhibit 2 - Page 74**



*Figure 74: Rockwood MiniLite 4x4trlb24nz183287*

**Exhibit 2 - Page 75**



*Figure 75: Forest River 4x4fsye257c030188*

76

**Exhibit 2 - Page 76**

Physical Damage to Breaker



*Figure 76: Arc resulting from physically-damaged breaker. Cherokee Wolf Pup 5zt2ckec0my014825*

Figure 76 shows an arc caused by a broken breaker housing.  When the wiring was disturbed, the breaker came in contact with the junction box, leading to a direct short.

## Closed Undersides

Multiple Forest River travel trailers inspected in the field had enclosed bottoms that blocked access to their circuit breakers. In one instance, I examined a friend's Forest River NoBoundaries (NoBo) trailer by attempting to remove part of the under panel. Although the panel was secured by several screws, spray foam insulation prevented its removal without damaging the foam or other adhesives. I could only capture limited photos of the breaker arrangement by sliding my phone into the panel's edge, making it impossible to fully evaluate the wiring. These breakers must be accessible, and Forest River's use of spray foam to seal them from access is a violation of ANSI/RVIA LV 3-5 (Location):

> "The overcurrent-protective device shall be installed in an accessible location on the vehicle within 18 in. (457 mm) of the point where the power source connects to the vehicle circuits."

Forest River's own Guide to NFPA 1192 reinforces this in the Low Voltage section (guide to 3-5, shown in Figure 28), stating:

77

**Exhibit 2 - Page 77**

> "Remember all required overcurrent protection must be accessible. Accessible means the device is easily reachable, but could be inside a locked compartment. No permanent construction (i.e. glued or stapled material) is permitted or required to be removed in order to reach the overcurrent protection device."

Because the NoBo trailer's circuit breaker is not accessible without removing permanent construction materials, it fails to meet the applicable standard. Moreover, it is likely that other Forest River trailers with similarly enclosed undersides share these same overcurrent protection accessibility problems. Accordingly, we opted not to irreversibly dismantle the spray foam on this or other trailers or purchase new ones solely to determine the full extent of the seven-way wiring defect. As a result, our 60 percent field investigation finding of seven-way wiring defects is likely low. When Forest River is ultimately required to inspect these trailers, each one with this applicable standard violation should be remedied.



## Summary

During the Field Investigation, we identified over 200 examples of Forest River RV trailers exhibiting 7-way charge line current protection errors categorized into three primary groups:

1. 7-way charge lines directly connected to batteries around overcurrent protection devices;

2. Towable RVs with 7-way charge line overcurrent protection devices fed by long (10'+) spans of wire directly connected to the battery; and

3. 7-way charge lines spliced directly into battery lines without any overcurrent protection.

These errors, which constitute violations of ANSI/RVIA LV Chapter 3, were found in over 65% of the models and 53% of the individual trailers inspected.

Additionally, the Field Investigation revealed numerous examples of mechanically unprotected wiring and improperly installed push-in connectors on the seven-way wiring, comprising violating ANSI/RVIA LV Chapter 5.

Taken together, these failures to comply with relevant applicable standards increase the likelihood of electrical shorts resulting from damaged wiring and compromise the safety devices designed to protect the RV in the event of a short. This increases the risk of thermal events or fire and the associated risk to life and property.



*Figure 77: From Summary 2025-1-25*

79

| Investigation Summary | |
|---|---:|
| Total Number of Models | 129 |
| Models Examined | 97 |
| Models Examined - Closed | 11 |
| % of Models Examined | 75.2% |
| # of Models w/ Breaker Error | 56 |
| % Breaker Error of Inspected | 65.1% |
| % Breaker Error of Examined | 57.7% |
| Total Units Inspected | 401 |
| # Units w/ Breaker Error | 215 |
| | |
| % of Our Sample | 53.6% |

*Figure 78: Investigation summary*

| Breaker Error by Year | | |
|---|---|---|
| TOTAL | 401 | 214 |
| Year | Number Units Inspected | Units w/ Breaker Error |
| 2006 | 1 | 0 |
| 2007 | 0 | 0 |
| 2008 | 0 | 0 |
| 2009 | 1 | 1 |
| 2010 | 2 | 0 |
| 2011 | 1 | 0 |
| 2012 | 3 | 2 |
| 2013 | 3 | 3 |
| 2014 | 7 | 5 |
| 2015 | 7 | 6 |
| 2016 | 10 | 5 |
| 2017 | 13 | 7 |
| 2018 | 14 | 5 |
| 2019 | 18 | 8 |
| 2020 | 30 | 15 |
| 2021 | 37 | 25 |
| 2022 | 55 | 23 |
| 2023 | 53 | 31 |
| 2024 | 146 | 78 |
| 2024*(After 6/4/24) | 79 | 47 |

*Figure 79: Overall Statistics of Field Investigation*

80

**Exhibit 2 - Page 80**



*Figure 80: Total Units with error (orange post 6/4/2024 production)*

## 2022 Survey

In 2022, after this lawsuit was served on Forest River, it initiated an internal investigation into the unprotected 7-way charge line to assess the validity of the lawsuit allegations. Forest River's internal investigation, the "2022 Survey," clearly shows that Forest River knew it was manufacturing towable RVs in violation of applicable standards. Despite this, it continued to place the RVIA Seal on these towable RVs. Moreover, it kept building them the same way even though it knew it was violating the applicable standards. It did not notify consumers, NHTSA, dealers, or allegedly even its lawyers who were defending this case.

The results of the 2022 Survey were produced on January 15, 2025, shortly before Matt Gingrich's deposition. These documents were formally produced on February 4, 2025, more than 2.5 years after they were created and several years into the discovery process. Mr. Hayden of Taft, Forest River's counsel in this matter, explained in an email that his client, Forest River, had only informed him of their existence that day.



He reiterated this in the February 13, 2025 hearing and also explained that Forest River never informed anyone from their firm, even though at least two members of the firm apparently meet weekly with Forest River on recalls and/or fire issues. This was confirmed in the February 13, 2025 hearing as well.

The following 2022 Survey responses are highlighted to show the violations of applicable standards.

82

**Exhibit 2 - Page 82**

## Fifth Wheels



*Figure 81: Plant 10C – 100A and 50A breakers on charge line*



*Figure 82: Plant 20 - NO PROTECTION on charge line*

Figure 82 shows the response from the Cedar Creek plant. Note the comment on the bottom right – "No OCP on charge line. Using heavy g. wire to j. box." All Cedar Creek fifth wheel RV trailers were subsequently recalled in June 2024 (NHTSA 24V-395), approximately two years after this "2022 Survey" dated July 29, 2022, clearly defines the error.

84

**Exhibit 2 - Page 84**

Subject: RV Inspection of Charge Line & Breakaway Switch Wiring

Type Inspected-Circle One: Fifth Wheel / Travel Trailer / Tent Camper

Name of Standards Manager: Garron Anglemyer

Plant Number: 45

Date: 6-28-22

**Break-away Switch:**

1. Circle the method below the plant is using to power the breakaway switch based on the min. requirements listed on page 32 of the Electrical Guidelines.
   a. Method # 1:
   b. Method # 2:
   c. Method # 3:
   d. If not, explain or sketch a drawing:

2. Check for wire protection along the run. Is the wire protected from sharp edges and from getting *pinched*?
   a. Yes or No
   b. If no, what needs to be done to protect the wire.

**Charge Line** (*wire from tow vehicle that charges unit battery*):

1. Locate the J Box containing the junction of the bargeman and unit wires.

2. Locate the 10-gauge wire in the bargeman. This is the charge line. Explain or sketch a drawing showing all connection points from the charge line in the J Box to the positive terminal on the battery.
   a. Include the gauge of wires used in the run.
   b. Include the type and size of breakers used in the run.

3. Check for wire protection along the run. Is the wire protected from sharp edges and from getting pinched?
   a. Yes or No
   b. If no, what needs to be done to protect the wire.



Confidential Subject to Protective Order                    ForestRiver0030467

Confidential Subject to Protective Order                    ForestRiver0030468

*Figure 83: Plant 45 – 80A and 50A breaker on charge line*

85

**Exhibit 2 - Page 85**



*Figure 84: Plant 79B - 50A breaker on charge line*



*Figure 85: Plant 81 - 30A breaker located in Junction Box, 120A breaker on charge line*

Figure 85 shows a setup with a 120A breaker near the battery protecting a 10'+ 10AWG wire running to a 30A breaker in the junction box near the fifth wheel hitch. This wire is clearly longer than 18" (ANSI/RVIA LV 3-5). A short anywhere along this wire could result in fire.

87

**Exhibit 2 - Page 87**



*Figure 86: Plant 83 - NO OVERCURRENT PROTECTION - battery direct to 10AWG 7-way charge line*

Subject: RV Inspection of Charge Line & Breakaway Switch Wiring

Type Inspected-Circle One: Fifth Wheel / Travel Trailer / Tent Camper

Name of Standards Manager: _Dave_

Plant Number: _110_

Date: _6/28/22_

**Break-away Switch:**

1. Circle the method below the plant is using to power the breakaway switch based on the min. requirements listed on page 32 of the Electrical Guidelines.
   a. Method # 1:
   b. Method # 2:
   c. Method # 3:
   d. If not, explain or sketch a drawing:

2. Check for wire protection along the run. Is the wire protected from sharp edges and from getting pinched?
   a. Yes or No
   b. If no, what needs to be done to protect the wire.

**Charge Line** (wire from tow vehicle that charges unit battery):

1. Locate the J Box containing the junction of the bargeman and unit wires.

2. Locate the 10-gauge wire in the bargeman. This is the charge line. Explain or sketch a drawing showing all connection points from the charge line in the J Box to the positive terminal on the battery.
   a. Include the gauge of wires used in the run.
   b. Include the type and size of breakers used in the run.

3. Check for wire protection along the run. Is the wire protected from sharp edges and from getting pinched?
   a. Yes or No
   b. If no, what needs to be done to protect the wire.



Confidential Subject to Protective Order                ForestRiver0030456

*Figure 87: Plant 110 – 50A breaker on charge line*



*Figure 88: Plant 410 – 50A breakers on charge line*



*Figure 89: Plant 502 - NO OVERCURRENT PROTECTION - battery direct to 10AWG 7-way charge line*



*Figure 90: Plant 503 – 50A breaker on charge line*

## Travel Trailers



Subject: RV Inspection of Charge Line & Breakaway Switch Wiring

Type Inspected-Circle One: Fifth Wheel / Travel Trailer / Tent Camper

Name of Standards Manager: Garron Anglemyer

Plant Number: 3

Date: 6-27-22

**Break-away Switch**

1. Circle the method below the plant is using to power the breakaway switch based on the min. requirements listed on page 32 of the Electrical Guidelines.
   a. Method # 1:
   b. Method # 2:
   c. Method # 3:
   d. If not, explain or sketch a drawing:

2. Check for wire protection along the run. Is the wire protected from sharp edges and from getting pinched?
   a. Yes or No
   b. If no, what needs to be done to protect the wire.

**Charge Line** (wire from tow vehicle that charges unit battery):

1. Locate the J Box containing the junction of the bargeman and unit wires.

2. Locate the 10-gauge wire in the bargeman. This is the charge line. Explain or sketch a drawing showing all connection points from the charge line in the J Box to the positive terminal on the battery.
   a. Include the gauge of wires used in the run.
   b. Include the type and size of breakers used in the run.

3. Check for wire protection along the run. Is the wire protected from sharp edges and from getting pinched?
   a. Yes or No
   b. If no, what needs to be done to protect the wire.

Confidential Subject to Protective Order                    ForestRiver0030463

Confidential Subject to Protective Order                    ForestRiver0030464

*Figure 91: Plant 3 – 50A breaker on charge line*

93

**Exhibit 2 - Page 93**



*Figure 92: Plant 6 - 50A breaker on charge line*

94

Exhibit 2 - Page 94



*Figure 93: Plant 10B – 100A and 40A breakers on 10AWG charge line*



*Figure 94: Plant 10C – 100A and 50A breakers on charge line*



Subject: RV Inspection of Charge Line & Breakaway Switch Wiring

Type Inspected: Circle One: Fifth Wheel / Travel Trailer / Tent Camper

Name of Standards Manager: **Anthony Hasse**

Plant Number: **10D**

Date: **7/1/2022**

<u>Break-away Switch:</u>

1. Circle the method below the plant is using to power the breakaway switch based on the min. requirements listed on page 32 of the Electrical Guidelines.
   a. Method # 1:
   b. Method # 2:
   c. Method # 3:
   d. If not, explain or sketch a drawing:

2. Check for wire protection along the run. Is the wire protected from sharp edges and from getting pinched?
   a. Yes or No
   b. If no, what needs to be done to protect the wire.

<u>Charge Line</u> (wire from tow vehicle that charges unit battery):

1. Locate the J Box containing the junction of the bargeman and unit wires.

2. Locate the 10 gauge wire in the bargeman. This is the charge line. Explain or sketch a drawing showing all connection points from the charge line in the J Box to the positive terminal on the battery.
   a. Include the gauge of wires used in the run.
   b. Include the type and size of breakers used in the run.

3. Check for wire protection along the run. Is the wire protected from sharp edges and from getting pinched?
   a. Yes or No
   b. If no, what needs to be done to protect the wire.

Confidential Subject to Protective Order

ForestRiver0030452

*Figure 95: Plant 10D – 100A and 50A breakers on charge line*

97



*Figure 96: Plant 10G – 100A and 40A breakers on charge line*



*Figure 97: Plant 17 – NO OVERCURRENT PROTECTION - battery direct to 10AWG 7-way charge line*



Subject: RV Inspection of Charge Line & Breakaway Switch Wiring
Type Inspected-Circle One: Fifth Wheel / Travel Trailer / Tent Camper
Name of Standards Manager: Garron Anglemyer
Plant Number: 45
Date: 6-28-22

**Break-away Switch:**

1. Circle the method below the plant is using to power the breakaway switch based on the min. requirements listed on page 32 of the Electrical Guidelines.
   a. Method # 1:
   b. Method # 2:
   c. Method # 3:
   d. If not, explain or sketch a drawing.

2. Check for wire protection along the run. Is the wire protected from sharp edges and from getting pinched?
   a. Yes or No
   b. If no, what needs to be done to protect the wire.

**Charge Line** (wire from tow vehicle that charges unit battery):

1. Locate the J Box containing the junction of the bargeman and unit wires.

2. Locate the 10-gauge wire in the bargeman. This is the charge line. Explain or sketch a drawing showing all connection points from the charge line in the J Box to the positive terminal on the battery.
   a. Include the gauge of wires used in the run.
   b. Include the type and size of breakers used in the run.
   CHARGE LINE IS NOT PROTECTED. CHARGE LINE ENTERS SAME SIDE OF BUSBAR AS BATTERY.

3. Check for wire protection along the run. Is the wire protected from sharp edges and from getting pinched?
   a. Yes or No
   b. If no, what needs to be done to protect the wire.

Confidential Subject to Protective Order          ForestRiver0030465
Confidential Subject to Protective Order          ForestRiver0030466

*Figure 98: Plant 45 – NO PROTECTION on charge line*

100

**Exhibit 2 - Page 100**



*Figure 99: Plant 48 – NO PROTECTION on charge line*



*Figure 100: Plant 50 – NO PROTECTION on charge line*



*Figure 101: Plant 53 – NO PROTECTION on charge line*

Exhibit 2 - Page 103



*Figure 102: Plant 59 - NO OVERCURRENT PROTECTION - battery direct to 10AWG 7-way charge line*



*Figure 103: Plant 72 – NO PROTECTION on charge line*

**Exhibit 2 - Page 105**



*Figure 104: Plant 72W – NO PROTECTION on charge line*

Exhibit 2 - Page 106

Subject: RV Inspection of Charge Line & Breakaway Switch Wiring

Type Inspected-Circle One: Fifth Wheel (Travel Trailer) Tent Camper

Name of Standards Manager: Jim Harris

Plant Number: 76

Date: 6-27-22

**Break-away Switch:**

1. Circle the method below the plant is using to power the breakaway switch based on the min. requirements listed on page 32 of the Electrical Guidelines.
   a. Method # 1:
   b. Method # 2:
   c. Method # 3:
   d. If not, explain or sketch a drawing:

2. Check for wire protection along the run. Is the wire protected from sharp edges and from getting pinched?
   a. Yes or No
   b. If no, what needs to be done to protect the wire.

**Charge Line** (*wire from tow vehicle that charges unit battery*):

1. Locate the J Box containing the junction of the bargeman and unit wires.

2. Locate the 10-gauge wire in the bargeman. This is the charge line. Explain or sketch a drawing showing all connection points from the charge line in the J Box to the positive terminal on the battery.
   a. Include the gauge of wires used in the run.
   b. Include the type and size of breakers used in the run.



3. Check for wire protection along the run. Is the wire protected from sharp edges and from getting pinched?
   a. Yes or No
   b. If no, what needs to be done to protect the wire.

Confidential Subject to Protective Order                                    ForestRiver0030473

*Figure 105: Plant 76 – NO PROTECTION on charge line*

**Exhibit 2 - Page 107**



*Figure 106: Plant 89 – Undetermined protection on charge line*

Exhibit 2 - Page 108



*Figure 107: Plant 94 – NO OVERCURRENT PROTECTION - battery direct to 10AWG 7-way charge line*



*Figure 108: Plant 95 - NO OVERCURRENT PROTECTION - battery direct to 10AWG 7-way charge line*

**Exhibit 2 - Page 110**



*Figure 109: Plant 103 - NO OVERCURRENT PROTECTION - battery direct to 10AWG charge line*

Exhibit 2 - Page 111



*Figure 110: Plant 203 - NO OVERCURRENT PROTECTION - battery direct to 10AWG charge line*

Exhibit 2 - Page 112



*Figure 111: Plant 205 - NO OVERCURRENT PROTECTION - battery direct to 10AWG charge line*

Exhibit 2 - Page 113



*Figure 112: Plant 220 - 50A breaker on 10AWG 7-way charge line*



*Figure 113: Plant 320 - 50A breaker on 10AWG wire, presumably 7-way charge line*



Subject: RV Inspection of Charge Line & Breakaway Switch Wiring

Type Inspected-Circle One: Fifth Wheel / Travel Trailer / Tent Camper

Name of Standards Manager: Doug Earl

Plant Number: 420

Date: 6/30/22

**Break-away Switch**

1. Circle the method below the plant is using to power the breakaway switch based on the min. requirements listed on page 32 of the Electrical Guidelines.
   a. Method # 1:
   b. Method # 2:
   c. Method # 3:
   d. If not, explain or sketch a drawing:

2. Check for wire protection along the run. Is the wire protected from sharp edges and from getting pinched?
   a. Yes or No
   b. If no, what needs to be done to protect the wire.

**Charge Line** (wire from tow vehicle that charges unit battery):

1. Locate the J Box containing the junction of the bargeman and unit wires.

2. Locate the 10-gauge wire in the bargeman. This is the charge line. Explain or sketch a drawing showing all connection points from the charge line in the J Box to the positive terminal on the battery.
   a. Include the gauge of wires used in the run.
   b. Include the type and size of breakers used in the run.

3. Check for wire protection along the run. Is the wire protected from sharp edges and from getting pinched?
   a. Yes or No
   b. If no, what needs to be done to protect the wire.

Confidential Subject to Protective Order                ForestRiver0030457

*Figure 114: Plant 420 – 50A breaker on charge line*

Exhibit 2 - Page 116



*Figure 115: Plant 425 – 50A breaker on charge line*



*Figure 116: Plant 500 - 50A breaker on charge line*

**Exhibit 2 - Page 118**



*Figure 117: Plant 501 - 50A breaker in junction box on 10AWG 7-way charge line*

**Exhibit 2 - Page 119**

## Pop-Up Campers



*Figure 118: Plant 10A – 100A Breaker on 10AWG Charge line*

**Exhibit 2 - Page 120**

## Destination Trailers



*Figure 119: Plant 20 Destination Trailer – NO PROTECTION on charge line*

Again, the Cedar Creek plant lacks overcurrent protection, this time on the Destination Trailer model (Figure 119).

## Puma Survey Result

An important diagram disclosed in the February 4, 2025, discovery pertains to Plant 420, which manufactures the Puma fifth-wheel trailers that are the original subject of this legal action. The 2022 survey produced a diagram that is compliant with applicable standards. It must be noted that despite this diagram being compliant with standards, Forest River proceeded to recall every fifth-wheel RV trailer manufactured at this plant since its inception, as documented in NHTSA Recall No. 24-395 and TC 2024-316. The diagram is reproduced in Figure 120.

The sketch for the Puma RV model in the 2022 Survey is the only towable RV that depicted a fuse instead of an automotive-type self-resetting breaker. Of the seven Palomino Puma fifth-wheel trailers I have inspected, none had a fuse on the 7-way charge line, nor did any have a breaker of any kind on the charge line. In other words, the charge line was not protected against overcurrent. Moreover, the 2022 Survey showed no sharp edges were present on the Puma. Still, every Puma I examined has sharp edges where the seven-way wiring runs with insufficient protection, in violation of applicable standards, particularly right next to the propane tank.

121

Exhibit 2 - Page 121



*Figure 120: Plant 420 - Puma fifth wheels - compliant with standards*

## Rectification with Field Investigation

The 2022 Survey showed agreement with the Field Investigation. The results are shown below in Figure 121.

Exhibit 2 - Page 122



*Figure 121: 2022 Survey vs. Field Investigation*

## February 13, 2025, Hearing Regarding Impression and 2022 Survey

During the February 13, 2025 hearing, Forest River admitted that the 2022 Survey had confirmed that the Cedar Creek and Impression fifth wheels were identified as lacking overcurrent protection on the seven-way wiring and were not disclosed to anyone until 2025. Forest River recalled the Cedar Creek models in June 2024, two years after it knew of the seven-way wiring defects. In the June 2024 Cedar Creek partial recall, Forest River stated:

> "In April 2024, Forest River conducted an inspection of a model year 2020 Puma Fifth Wheel trailer. During the inspection, it was noted that the had the overcurrent protection from the trailer battery to the junction box was connected to the incorrect side of the breaker for the 7-way trailer plug."

This inspection involved Mr. Nelson's 2020 Puma and occurred because of this litigation. Following this inspection, Forest River reinspected the 2024 Cedar Creek and again confirmed the seven-way wiring defect that it had originally verified in 2022 but failed to address it. Nowhere in the June 2024 partial recall does Forest River notify NHTSA of the 2022 finding regarding the Impression.

To date, the Impressions have not been recalled in relation to the seven-way wiring defects, despite Forest River knowing that the Impression models contain these same wiring issues. Although Forest River did conduct a recall on the Impression (NHTSA 24V-847 and Transport Canada ("TC") 2024-684 and 2024-685) in November 2024, that recall failed to identify the seven-way wiring defects or provide NHTSA, owners, or dealers with any notice. Instead, Forest River's November 2024 recall involved wiring near the seven-way wiring defects and shared some of the same wiring problems, yet Forest River knowingly left additional defects unresolved in the seven-way wiring. Less than a month after that recall, Forest River made further representations to the Court in this matter and still failed to notify NHTSA, consumers, or dealers.

Forest River has known for over 2.5 years that the Impression seven-way wiring violates applicable standards but has taken no action.

## Summary

The following figures summarize the findings of the 2022 Survey. While several of the plant numbers did not directly match the models observed in the field, the data remains mostly consistent with the observations from the Field Investigation.

Over 60% of the surveyed Forest River plants were producing trailers with wiring that violated applicable standards at the time of the survey in 2022. Additionally, 55% of the fifth wheel plants were producing fifth wheel RVs with noncompliant seven-way wiring in 2022.

*Table 5: Travel Trailers (1 of 2)*

| | Model | Plant | Status Test | FR Status '22 | Nelson Lawsuit '24 |
|---|---|---|---|---|---|
| 🔴 | Sandpiper/Sierra | 3 | | FAIL | Suspect |
| 🔴 | Salem/Wildwood | 4 | | Cond. Pass | 🔥 |
| 🔴 | Salem/Wildwood Lites | 6 | | Cond. Pass | 🔥 |
| 🔴 | Cherokee/Wolf Pup/Grey Wolf | 17 | | FAIL | 🔥 |
| 🔴 | Wildwood/Salem | 27 | | Cond. Pass | 🔥 |
| 🔴 | Surveyor / R-Pod | 37 | | Cond. Pass | 🔥 |
| 🔴 | Salem/Wildwood | 44 | | Cond. Pass | 🔥 |
| 🔴 | XLR | 45 | | FAIL | 🔥 |
| 🔴 | Lacrosse/Tracer/Acadia/Wildcat | 48 | | FAIL | 🔥 |
| 🔴 | Avenger - Prime Time / Navi | 50 | | FAIL | 🔥 |
| 🔴 | Shasta Revere | 53 | | FAIL | 🔥 |
| 🔴 | V-Cross, Vibe | 59 | | FAIL | 🔥 |
| 🔴 | Salem/Wildwood | 63 | | Cond. Pass | 🔥 |
| 🔴 | Salem FSX/Wildwood FSX/Ozark | 72 | | FAIL | 🔥 |
| 🔴 | Alpha Wolf / Vengeance | 76 | | FAIL | 🔥 |
| 🔴 | Surveyor No Boundaries/Ibex | 77 | | Cond. Pass | Closed |
| 🔴 | Rpod | 80 | | Cond. Pass | 🔥 |
| 🔴 | Grey Wolf | 86 | | Cond. Pass | 🔥 |
| 🔴 | Salem FSX/Wildwood FSX | 88 | | Cond. Pass | 🔥 |
| 🔴 | Cherokee Timber Wolf | 89 | | FAIL | - |
| 🔴 | IBEX | 91 | | Cond. Pass | Closed |
| 🔴 | Grey Wolf | 94 | | FAIL | 🔥 |

124

Exhibit 2 - Page 124

Table 6: Travel Trailers (2 of 2)

| | Model | Plant # | Status Test | FR Status '22 | Nelson Lawsuit '24 |
|---|---|---|---|---|---|
| ● | Wolf Pup | 95 | | FAIL | 🔥 |
| ● | Catalina | 103 | | FAIL | 🔥 |
| ● | Viking | 120 | | Cond. Pass | 🔥 |
| ● | Viking | 121 | | Cond. Pass | 🔥 |
| ● | Catalina | 203 | | FAIL | 🔥 |
| ● | Catalina II | 205 | | FAIL | 🔥 |
| ● | Freedom Express/Apex/Spirit | 220 | | FAIL | Closed |
| ● | Freedom Express/Apex | 224 | | Cond. Pass | NF |
| ● | Freedom Express | 320 | | FAIL | Closed |
| ● | Palomino | 402 | | Cond. Pass | NF |
| ● | Puma | 420 | | FAIL | NF |
| ● | Puma XLE | 425 | | FAIL | - |
| ● | East to West - Silverlake/Della Terra | 500 | | FAIL | 🔥 |
| ● | East to West - Alta | 501 | | FAIL | - |
| ● | Rockwood/Flagstaff | 10B | | FAIL | 🔥 |
| ● | Rockwood/Flagstaff | 10C | | FAIL | 🔥 |
| ● | Rockwood/Flagstaff | 10D | | FAIL | 🔥 |
| ● | Geo Pro / E-Pro | 10G | | FAIL | NF |
| ● | Avenger LT/Salem FSX | 72W | | FAIL | 🔥 |
| ● | XLR Boost | 79a | | Cond. Pass | 🔥 |
| ✕ | Cedar Creek / Silverback | 20 | | FAIL | 🔥 |
| ✛ | Rockwood/Flagstaff (Tents) | 10A | | FAIL | 🔥 |

Table 7: Fifth Wheels

| T | Model | Plant # | Status Test | FR Status '22 | Nelson Lawsuit '24 |
|---|---|---|---|---|---|
| ◆ | Sandpiper / Sierra | 3 | | Pass | NF |
| ◆ | Blue Ridge / Cardinal | 15 | | Cond. Pass | NF |
| ◆ | Cedar Creek / Silverback | 20 | | FAIL | 🔥 |
| ◆ | XLR | 45 | | FAIL | Suspect |
| ◆ | Crusader/Sanibel | 49 | | Cond. Pass | Suspect |
| ◆ | Sabre / Vengeance | 62 | | Cond. Pass | NF |
| ◆ | Salem / Wildwood | 69 | | Cond. Pass | NF |
| ◆ | River Stone | 70 | | Cond. Pass | NF |
| ◆ | Wolf Pack | 73 | | Cond. Pass | 🔥 |
| ◆ | Arctic Wolf / Alpha Wolf | 75 | | Cond. Pass | NF |
| ◆ | Vengeance Rogue | 81 | | FAIL | 🔥 |
| ◆ | Impression by Forest River | 83 | | FAIL | Suspect |
| ◆ | Brook Stone / Chapparal | 110 | | FAIL | NF |
| ◆ | Columbus | 410 | | FAIL | 🔥 |
| ◆ | Puma | 420 | | Cond. Pass | 🔥 |
| ◆ | East to West (Tandara) | 502 | | FAIL | NF |
| ◆ | East to West (Aharra) | 503 | | FAIL | Suspect |
| ◆ | East to West | 503* | | FAIL | - |
| ◆ | Rockwood/Flagstaff | 10C | | FAIL | NF |
| ◆ | XLR Boost | 79b | | FAIL | Suspect |

## June 2024 Partial Recall

In June 2024, after the April inspection of Mr. Nelson's 2019 and 2020 Puma trailers, Forest River instituted a partial recall of the Cedar Creek and Puma fifth wheel trailers.  This partial recall is not complete because it missed numerous seven-way wiring defects and numerous Forest River models.

They did not recall the Impression fifth wheel trailers, despite have knowledge of the same defect from the 2022 Survey nearly two years prior.  The Puma was recalled despite a both the 2022 and 2024 surveys showing that the 7-way charge line was wired in accordance with applicable standards.

First, the June 2024 recall is insufficient. It does not address all the violations on the seven-way wiring nor all the models. Based on the field investigation, Forest River has failed to account for the vast majority of trailers manufactured with wiring flaws per ANSI/RVIA LV. The findings from the 2022 Survey should have triggered recalls for these units, as well as for the majority of the remaining fleet in 2022.

### 24V-395 – Puma and Cedar Creek

### Canada vs US - Transport Canada Recall # 2024-316[4] vs NHTSA Part 573 Safety Recall Report 24V-395[5]

The language in the Transport Canda and the NHTSA recalls are dramatically different.

TC 2024-316 is succinct, stating, "On certain RV trailers, a wire in the 7-pin trailer connector may have been wired to the wrong side of the breaker.  As a result, the wire may not have proper circuit protection and could short circuit."

Transport Canada TC 2024-316:

## Issue

Issue:
On certain RV trailers, a wire in the 7-pin trailer connector may have been wired to the wrong side of the breaker. As a result, the wire may not have proper circuit protection and could short circuit.

Safety Risk:
A short circuit can create a fire risk.

Corrective Actions:
Forest River will notify owners by mail and advise you to take your RV trailer to a dealership to rewire the affected wire to the breaker.

In contrast, NHTSA 24V-395 (June 2024 partial recall) is not accurate.  The Description of the Defect and description of the safety risk from the June partial recall is reproduced in Figure 117.  The description of the defect claims that the overcurrent protection in the tow vehicle protects the charge line.  This is incorrect. There is a battery in the RV trailer, and the whole circuit, both in the tow vehicle and the RV trailer, must be protected by overcurrent protection within 18 inches of the RV trailer's battery.

---

[4] https://recalls-rappels.canada.ca/en/alert-recall/transport-canada-recall-2024316-forest-river
[5] https://static.nhtsa.gov/odi/rcl/2024/RCLRPT-24V395-8839.PDF

126

Exhibit 2 - Page 126



## Part 573 Safety Recall Report                    24V-395      Page 2

**Description of Defect :**

| | |
|---|---|
| Description of the Defect : | The 7-way trailer connector includes wiring for the tow vehicle to charge the trailer batteries when the trailer is connected to the tow vehicle. This circuit is protected by a fuse installed in the tow vehicle. With the tow vehicle disconnected the 7-way does have 12V on the charge line but is not connected to any loads. As a precautionary measure Forest River supplies overcurrent protection from the trailer batteries to the 7-Way connector. The charge wire to the 7-way trailer connector may have been routed to the wrong side of the breaker in the battery compartment. |
| FMVSS 1 : | NR |
| FMVSS 2 : | NR |
| Description of the Safety Risk : | If the cord for the 7-way connector is not properly routed to the tow vehicle plug, under certain conditions, the cord may be pulled out of the junction box and cause a short circuit, increasing the risk of physical damage to surrounding portions of the trailer as well as increasing the risk of a thermal event or fire. |
| Description of the Cause : | NR |
| Identification of Any Warning that can Occur : | Vehicles with integrated brake controllers message center may show the vehicle operator one or more warnings to check the trailer connection. |

*Figure 122: NHTSA 24V-395 573 Report*

## Cedar Creek Recall Internal Mistake

The internal documents related to the Cedar Creek recall propose a solution that does not address the issue.

Figure 123, taken from Chapman Deposition Exhibit 6, on the right side, shows a line running from the breaker arrangement and battery and is denoted by the green arrow. This matches Cedar Creek trailers seen in the field.  The left side shows this same line connected to the 7-way charge line in the junction box by the fifth wheel hitch at the front of the trailer.

127

**Exhibit 2 - Page 127**



*Figure 123: ForestRiver0029030 - Cedar Creek Recall fix*

Figure 125 shows Forest River's fix for this issue for units produced prior to August 2022. Again, the green arrow in the figure on the left shows the wire at issue. In the picture on the right, this cable has been relocated to the protected side of the breakers. It has, however, been connected to two 50A breakers (Denoted by a red label on the breakers) that have been joined together on the output, effectively creating a 100A breaker. Figure 124 (ForestRiver0000223) shows guidance on breakers in parallel – "Installing overcurrent protection in parallel can also provide the required overcurrent protection. For example, 2-50 amp circuit breakers installed in parallel would provide protection of 100 amps." The proposed fix for NHTSA Recall 24V-395 now has a 100A breaker on the 7-way charge line, which, while an improvement from connecting it directly to a battery, is still not compliant with ANSI/RVIA LV 3-2. It still poses a similar fire risk.

128

**Exhibit 2 - Page 128**

**LV Standard for Low Voltage Systems**                                    L-23

**3-2 Sizing - Continued**

| Table 2 OVERCURRENT PROTECTION *Not More Than Seven Wires Per Harness **Not More Than Three Wires Per Harness | | |
|---|---|---|
| AWG or SAE Conductor Size (Gage) | Maximum Ampacity at Conductor Insulation Temperature Rating of: 90° | Maximum Ampacity at Conductor Insulation Temperature Rating of 105°C/125°C |
| 1** | 150 | |
| 1/0** | 170 | |
| 2/0** | 195 | |
| 3/0** | 225 | |
| 4/0** | 260 | |

An exception to overcurrent protection requirements is allowed where specific direction is given by the original vehicle chassis manufacturer regarding extension of existing circuits or use of power feed connectors (see section *2-1 Power Source* on page *L-5* of this handbook for more details).

Installing overcurrent protection in parallel can also provide the required overcurrent protection. For example, 2-50 amp circuit breakers installed in parallel would provide protection of 100 amps.

When using *Table 2*, the number of wires bundled together must be considered. The number of "allowed conductors" includes return conductors. Where a wire bundle includes at least one large conductor (10 or larger), the bundle will be limited to not more than 3 conductors.

All conductors within a 12-volt circuit must be sized in accordance with the allowable ampacity of the overcurrent protection provided. In the event a return wire is used for more than one branch circuit, the return conductor must be capable of handling the maximum anticipated load of all involved circuits as determined by the size of the overcurrent protection provided.

The diagram on the following page will assist in understanding the concept of shared ground returns (see *Figure 3-2*):

April 2017

ForestRiver0000223

*Figure 124: RVIA guidance about parallel breakers*

Exhibit 2 - Page 129



*Figure 125: ForestRiver0029031 - Cedar Creek Recall fix*

## Further Cedar Creek/Puma Mistake

The Cedar Creek recall was modified Keith Fisher who has handled recalls since 2015 at Palomino, who produce the Puma, Sabre, and Columbus fifth wheels.  As he explained in his deposition (K.Fisher p 85, line 21+), he consolidated the Cedar Creek and Puma errors into a single inspection job code and remedy code.  The Remedy Instructions are shown in Figure 126.



*Figure 126: 24V-395/2024-316 Remedy Instructions*

The Remedy Instructions neglect the presence of the 50A breaker in Puma and allow the line to be moved to an undetermined breaker size on Cedar Creek. Both of these situations result in improper fixes.  The Cedar Creek issue is explained in the previous section, Cedar Creek Recall Internal Mistake.  If

**Exhibit 2 - Page 130**

there is a 30A breaker in a Cedar Creek, the recall could be performed correctly, but this is not in the Remedy Instructions.   The Remedy Instructions inadequately remedy both, leaving trailers with ANSI/RVIA LV 3-2 incompliant wiring after the recall is performed.

## 24V-847 – Impression

NHTSA 24V-847 and TC 2024-685

In November 2024, Forest River recalled 3,108 Impression fifth-wheel trailers—covering every Impression it produced—due to overcurrent protection issues related to the solar charge line and lights that were inconsistently wired to a 50A mini breaker. However, the 2022 Survey confirmed that Forest River was manufacturing the Impression without overcurrent protection on the seven-way charge line. Despite these findings, Forest River continues to fail to disclose this wiring defect to NHTSA, dealers, or consumers.

## Brinkley Recall 24V-476

On June 25, 2024, Brinkley discovered that its seven-way wiring charge line was missing overcurrent protection in both fifth-wheel and travel trailers. To remedy this applicable standard violation, they issued the 24V-476 Recall. The following recall notice clearly explains the problem and the fix.

131

**Exhibit 2 - Page 131**

OMB Control No.: 2127-0004

# Part 573 Safety Recall Report        24V-476

**Manufacturer Name :** Brinkley RV
**Submission Date :** JUN 25, 2024
**NHTSA Recall No. :** 24V-476
**Manufacturer Recall No. :** REC-2402

**NHTSA**
NATIONAL HIGHWAY TRAFFIC
SAFETY ADMINISTRATION

**Manufacturer Information :**

Manufacturer Name : Brinkley RV
Address : 1655 Brinkley Way East
GOSHEN IN 46528
Company phone : 574-501-4280

**Population :**

Number of potentially involved : 3,157
Estimated percentage with defect : 100 %

**Vehicle Information :**

Vehicle 1 : 2023-2024 Brinkley RV Model Z
Vehicle Type : TRAILERS
Body Style :
Power Train : NR
Descriptive Information : The vehicles in the recall population include Model Z fifth wheels and Model Z-Air travel trailers. Within the 12 V system of the included units, there may be a lack of overcurrent protection (wiring connected to the non-protected side of the mini-breakers). A portion of the recall population also includes incorrect size wiring for a certain application (12V refrigerator). Products not included in the recall have been excluded as they were built to different specifications. The affected population includes 2892 units sold to US dealers and 265 units sold to Canadian dealers.
Production Dates : MAY 01, 2022 - APR 23, 2024
VIN Range 1 : Begin : 7T0FZ3629PT000001    End : 7T0FZ3620RA003058    ☐ Not sequential
VIN Range 2 : Begin : 7T0TA3520RC000001    End : 7T0TA3527R1000105    ☐ Not sequential

**Description of Defect :**

Description of the Defect : Within the 12 V system of the included units, there may be a lack of overcurrent protection (wiring connected to the non-protected side of the mini-breakers). A portion of the recall population also includes incorrect size wiring for the 12V refrigerator.
FMVSS 1 : NR
FMVSS 2 : NR
Description of the Safety Risk : There is an increased risk of thermal event (fire) in an over-current scenario of the unprotected line and/or under maximum consumption loading through the undersized wire for the 12v refrigerator.
Description of the Cause : Identified wires (including the 6 gauge Travel Mode wire) were inadvertently specified for connection to the unprotected side of the mini-breaker block,

The information contained in this report was submitted pursuant to 49 CFR §573

*Figure 127: Brinkley Z-series fifth wheel and Z-Air travel trailers overcurrent protection recall 24V-476*

Figure 128 shows the incorrect wiring schematic of the recalled Brinkley towable RVs. The right side shows the breaker arrangement enlarged. The 10ga. Red to 7-way power is the charge line coming in from the 7-way connector. In this case, it is connected to the unprotected side of the breaker.



*Figure 128: Existing Brinkley Z fifth wheels and travel trailers (RECALLED)*

Figure 129 shows the schematic of the corrected method of wiring the breaker. The 10 ga. red to 7-way power line has been relocated to the protected side of a 30A breaker. This recall is adequate to bring the Brinkley Z fifth wheel and Z-Air travel trailers into compliance with applicable standards.



*Figure 129: Brinkley schematic (RECALL COMPLETE)*

134

**Exhibit 2 - Page 134**

## Warranty Claims and Reports

A review of warranty claims provided during discovery reveals several examples of towable RVs manufactured with wiring that violated applicable standards and subsequently caused fires. These internal documents put Forest River on notice of the seven-way wiring defects multiple times.

The warranty claims document the lack of overcurrent protection on the charge line. Notably, these cases involve trailers that did not suffer complete destruction, meaning they were still repairable. It is reasonable to suspect that many additional incidents resulted in total loss, leaving no trailer behind to report or repair. This is seen in the section above where Forest River towable RVs burned to total destruction.

These examples represent cases where technicians identified the lack of overcurrent protection on the 7-way charge line. Despite this, no changes have been implemented to address the issue.

### Examples

Cherokee Toy Hauler  - 4X4FCTH21EY205886  - Claim  Date 11/8/2013 - 1070691

> *Customer States: The 7-way cord has melted. Verified. Found 7-way cord wires loose &shorted to junction box. Charge line shorted on the metal j-box.* <span style="color:red">*The charge line is connected to the same side of the circuit breaker as the battery cable=no circuit protection.*</span> *The shorted charge line melted into all wires around it to the battery. Access wiring. Replace wiring with new. Secure to j-box properly. R&R 7-way. Install circuit breaker for charge line. Test>operates as designed. Reinstall all removed*

ForestRiver0030422

135

**Exhibit 2 - Page 135**



*Figure 130: Cherokee Toy Hauler  - 4X4FCTH21EY205886*

**Exhibit 2 - Page 136**



*Figure 131: Cherokee Toy Hauler - 4X4FCTH21EY205886*

Sierra Towables - 4X4FSEM2XHJ043127 - Claim Date 8/27/2016 - 1948750DN

*Customer States: THE CUSTOMER STATES THAT WIRING FROM THE TRAILER ON THAT APPEARS TO BE FROM THE 7 WAY CAUGHT ON FIRE*

*THERE WAS A SHORT IN THE CHARGE LINE THA APPEARS TO HAVE ORIGINATED AT THE JUNCTION BOX. THE WIRING IN THE CORD IT SELF IS FINE. THE WIRING FROM THE JUNCTION BOX BACK TO THE BATTERIES IS MELTED & HAS MELTED THE ADJACENT WIRES FOR THE LIGHTS, BRAKES, SLIDE SELINOID, AND GROUNDS. THERE IS NO CIRCUIT PROTECTION, THE CHRAGE LINE GOES RIGHT TO THE BATTERY SIDE LUG*

ForestRiver0029181

**Exhibit 2 - Page 137**



*Figure 132: Sierra Towables - 4X4FSEM2XHJ043127*

Cherokee towable - 4X4FCTH21HY209585 - Claim Date 7/17/2018 - 2855637

> "Customer States: Charge line from battery comp to wiring box at hitch was wired incorrectly causing wiring to melt and effect electrical system while customer was traveling, *by wired incorrectly, it is missing a circuit protection device between the 7-way plug and the battery.* Wiring harness has melted from wiring back box all the way to battery box. Technician will need to remove the front left & right corner moldings over the overshot, lower filon around pinbox, remove old melted wiring, run new wiring for wiring harness from 7-way plug to battery box ensuring to replace any additional melted wires surrounding charge line. Install circuit breaker for charge line. Slide currently is inop so will need to test full 12V system for component failures due to issue with wiring. Reconstruct front nose of once new wiring is verified to be working

ForestRiver0029501-0029502

Impression - 5ZT3MPTB2MD001705 - Claim Date 3/10/2022 -  957402

> Original Note:
>
> JOB 2 wiring harness from pin box to battery caught fire. *charge line for batteryinstalled on same side of breaker, 7way charge line grounded at pin box junction box and burned entire harness* N D destroyed allplastics in fron comp. Uninstalled front cap molding on pass side, pulled down thyl

*on and pulled out all burnt wiring harness,fabricated new wiring harness and fed through front c ap, wired harness into all existing wires, removing all burnt sections of wire, then wired in to junction box at front pin box, hooked up battery and tested all 12v ops inside unit as well as teste d all lights onexterior and brake system, plugged unit into shore power and made sure there was charging voltage at battery, fabricated newback plate for breakers and wires in front comp, insta lled new battery and battery box lid. Cleaned all burnt surface above breakerarea and applied bl ack underbelly tape across entire ceiling of front comp*

ForestRiver0028665



*Figure 133: Impression - 5ZT3MPTB2MD001705*

Columbus - 4X4FCMR24N6013815 - Claim Date 9/6/2023 - 1665899

*Original Note : C/S UNIT BEGAN TO SMOKE IN FRONT BEDROOM AND AROUND DRIVER SIDE PROPANE AND BATTERY COMPARTMENT WHEN ATTEMPTING TO TOW - - 7 WAY CORD WAS TOO SHORT AND WAS PULLED TIGHT CAUSING 7 WAY CORD TO CUT INTO WIRE CLAMP THAT WAS GROUNDED TO FRAME. THIS CAUSED DIRECT SHORT WHEN 12 VOLT CHARGE LINE WAS CUT INTO BY WIRE CLAMP CAUSING DIRECT SHORT WITH NO PROTECTION BUILT INTO CIRCUIT. WIRING IN 7 WAY AND INTO 7 WAY JUNCTION BOX AND ALL THE WAY THROUGH FRONT*

139

**Exhibit 2 - Page 139**

BEDROOM AND DOWN INTO PROPANE COMPARTMENT AND INTO BATTERY COMPARTMENT BECAME EXTREMLY OVERHEATED AND BEGAN TO DAMAGE ALL ITEMS IT TOUCHED. *DURING INVESTIGATION THERE WERE NO PROTECTIVE CIRCUIT BREAKERS INSTALLED INLINE WITH THIS CIRCUIT TO PREVENT THIS* - - R&I PROPANE TANKS AND BATTERIES - .5HRS R&I TRIM AROUND FRONT PIN BOX - .5 HRS R&I JUNCTION BOX - .2 HRS R&I FULL BED ASSEMBLY - 1.5 HRS R&I SHELF ASSEMBLY IN CLOSET - .5 HRS R&I WIRE CHASE AT FRONT CAP - .5 HRS R&I 16 FT. OF UNDERBELLY - 3.0 HRS REMOVED BURNED SECTION OF LINO - 1 HR RUN 7 NEW WIRES FROM 7 WAY JUNCTION BOX 15-20 FT. LONG EACH TO REPLACE DAMAGED WIRING - 5.0 HRS R&R 25 FT. OF WIRE LOOM - 2.0 HRS R&R DAMAGED 7 WAY CORD 1.0 HR R&R 2 HYDRUALIC HOSES TO JACKS 4.0 HRS R&R MELTED CIRCUIT BREAKER - .5 HRS R&R 2 SLIM RACK SLIDE OUT HARNESSES FROM CONTROLLER TO MOTORS - 2.0 HRS R&R FIRE EXTINGUISHER .1 HRS CLEAN AND DEODERIZE ALL SMOKE AND EXTINGUISHER FUMES 3.0 HRS 25.3 HRS TOTAL

ForestRiver0029078



*Figure 134; Columbus - 4X4FCMR24N6013815*

140

**Exhibit 2 - Page 140**



*Figure 135: Columbus - 4X4FCMR24N6013815*

**Cedar Creek - 4X4FCRN20PS232493 - Claim Date 6/7/2023 - 1559504**

*Original Note : NO POWER TO UNIT. Upon inspection found the 12 volt wiring in the front compartment has shorted to ground causing the wires in the front compartment to burn and melt.* *The short to ground was located before the fuse which caused the wires to melt from the fuse block to the 7-way junction box.* *The wiring from the junction box to the front compartment is routed above the filon near the king pin. The filon needed to be released to access the wiring. New wiring needed to be run above the filon from the 7 way through the king pin to the front compartment fuse block location. All wiring needed to be reconnected and tested. The 7 way wire for truck connection also needed to be removed and replaced due to wires in the junction box being melted. The house battery needed to be replaced from being shorted to ground.*

ForestRiver0029652



*Figure 136: Cedar Creek - 4X4FCRN20PS232493*

Exhibit 2 - Page 142



Confidential Subject to Protective Order    ForestRiver0029658

*Figure 137: Cedar Creek - 4X4FCRN20PS232493*

**Exhibit 2 - Page 143**

## Quality Control

Forest River's insufficient quality control—together with its failure to sufficiently train or hire properly trained personnel—likely allowed the seven-way wiring defects to remain from the time it first began manufacturing towable RVs. The company should have had both electrical and mechanical engineers involved in designing the seven-way wiring from the outset, but it did not. There is no indication it even employed a licensed electrician dedicated to these issues. As a result, this lack of quality control, protocols, and qualified staff appears to have permitted the wiring defect to persist. Forest River ought to have established appropriate staffing and standards before starting production of towable RVs; however, it failed to do so. Consequently, it has seemingly continued building towable RVs in violation of relevant standards for more than two decades. Throughout this time, it placed the RVIA Seal and another sticker on each towable RV, incorrectly claiming applicable standard compliance.

## Recognizing the seven-way wiring defect

During the December 11, 2024 hearing, Forest River stated, "This is not a hidden defect, Your Honor. First of all, we don't believe there's any defect. But there's nothing hidden about this. The 7-way cord is easy to see, and it's right there in front of [everyone]." This assertion raises several issues. Forest River both denies the existence of any defect and implies that if a defect exists, a consumer should have recognized it.

In reality, consumers would not detect this wiring defect. Forest River explicitly tells buyers that its towable RVs are wired properly, displaying both the RVIA Seal and a separate sticker certifying compliance with applicable standards. Yet from the beginning, it appears that Forest River personnel responsible for wiring were neither properly trained nor guided by clear schematics. Due to these deficiencies in quality control, Forest River has been manufacturing towable RVs that fail to meet the applicable seven-way wiring requirements.

Moreover, Forest River's argument is contradicted by the fact that both it and the RVIA performed inspections—allegedly weekly—without discovering these defects. If even trained inspectors missed the problem, it is unreasonable to suggest an untrained consumer relying on Forest River's representations should have caught it. Further compounding these failures, Forest River received multiple warranty claims, putting them on direct notice of the defects, yet it continued business as usual, conducted no root cause analysis, implemented no changes, and did not alert dealers, consumers, or NHTSA.

## Summary and Expected Testimony

I will provide testimony and opinions consistent with this report to a reasonable degree of engineering certainty. A brief summary of my opinions includes, but is not limited to, the following:

- Forest River manufactures towable RVs that are subject to code requirements, including NFPA 1192 and ANSI/RVIA LV (applicable standards).
- Wiring diagrams produced by Forest River during discovery contain violations of these applicable standards.

144

**Exhibit 2 - Page 144**

- Experimental testing has confirmed that these violations present a fire risk to consumers.
- A field investigation identified over 200 instances confirming that Forest River was manufacturing approximately 60% of its towable RVs in violation of applicable standards.
- Forest River did not formally produce an internal investigation identifying these wiring issues until February 2025 (with informal disclosure on January 15, 2025), despite discovering the issues in July 2022 as a result of this lawsuit.
- Despite identifying these issues, Forest River failed to notify NHTSA, owners, or dealers.
- While recalls indicate that Forest River has identified these issues in isolated cases, a significantly larger number of affected RVs remain in the field.
- Forest River initiated a partial recall in June of 2024 because of this lawsuit, but as explained, this recall is inadequate.
- Forest River has been more forthcoming in Canada than in the U.S. when issuing recall notices, even on this issue.
- Internal recall instructions failed to properly resolve the wiring defect.
- Warranty claims document wiring flaws that are consistent with those found in internal schematics and in trailers and should have put Forest River on notice to take action regarding the seven-way wiring and also to notify NHTSA, dealers and consumers.
- Forest River's quality control measures were insufficient to prevent these defects.
- Forest River's training was insufficient to prevent these defects.
- Forest River's assertion that consumers should have recognized their wiring defects is unreasonable.
- Forest River places an RVIA Seal and another compliance sticker on its towable RVs, representing adherence to applicable standards; however, the seven-way wiring in these units likely does not comply.
- The seven-way wiring in Mr. Nelson's 2019 and 2020 Puma trailers contained violations of applicable standards.
- Forest River should now be required to inspect all towable RVs to ensure the seven-way wiring complies with applicable standards.
- Forest River should be required to repair all towable RVs found to have noncompliant seven-way wiring.

145

Exhibit 2 - Page 145

## Exhibit A: MGA CV

**Matthew Gates Angle**

mangle@alum.mit.edu, mattangle@gmail.com

(617) 599-0066

---
*Education*

---

**Massachusetts Institute of Technology**

    **Ph.D.,** Electrical Engineering, February 2016

    **M.Eng.,** Electrical Engineering**,** February 2011

    **B.S.,** Electrical Engineering, June 2007

---
*Relevant Coursework*

---

Microcomputer Project Laboratory, Power Electronics Laboratory, Thermal-Fluids Engineering, Introduction to Electric Power Systems, Electric Machines, Power Electronics

---
*Experience*

---

**MAJR Mechatronics**        **Co-Owner**        **January 2019 – Present**

**US ARMY 2018-364-01** – $2.3M NAC-DOTC OTA. Technical lead. Weapons stabilization. Responsible for proposal, electrical design, embedded firmware, system architecture.

**Square One Systems Design**    **Principal Investigator**    **August 2017 – January 2019**

**USSOCOM H9222-17-C-0059 Small Arms Stabilization** – Proposed, conceptualized, designed, and built a small arms stabilization device. $1.05M SBIR Phase II program delivered on-budget, on-time, and far in excess of performance specifications. Responsible for system architecture, electronics design, embedded software, and testing. - https://www.youtube.com/watch?v=az3sNR9Nawc, https://www.youtube.com/watch?v=BFlKPzzRdk8, https://www.youtube.com/watch?v=GZtFWozcGu4, https://www.youtube.com/watch?v=ptsThTGrsHM,

**MIT Laboratory for Electromagnetic and Electronic Systems (LEES)**    **January 2004 – January 2018**

**Cybersecurity** – Used knowledge of electric machinery, power electronics, and embedded systems to devise novel attacks on ubiquitous industrial hardware. ***Received IEEE Best Journal Paper Award.***

**Brushless DC Electric Machine Design and Optimization** - Developed a novel hybrid model of a generic DC machine to optimize motor and drive design for a robotics and propulsion applications. Modeling method preserves accuracy of finite element programs but runs many orders of magnitude faster, enabling design by Monte Carlo methods. Designed and built machines for the MIT Cheetah robot. https://www.youtube.com/watch?v=_luhn7TLfWU

**DC Breaker** - Designed and simulated a DC circuit breaker based on the Z-Breaker architecture.

146

**Exhibit 2 - Page 146**

**Contra-Rotating Propeller Project** - Designed, fabricated, and tested an axial contra-rotating propeller drive with contra-rotating electric motor.

**Windmill Generator** - Assisted with the construction, testing, and troubleshooting of a doubly-fed permanent-magnet synchronous machine. Identified mechanical construction errors and devised electrical fix.

**Carbon Nanotube Ultra-Capacitor** - Deposited catalyst materials on Silicon substrates to grow carbon nanotubes by chemical vapor deposition (CVD) process.

**Sonic Fluid Level Detection** - Designed and built a novel sonic fluid level detector using the free tank volume as a resonator.

| | | |
|---|---|---|
| **Port City Armory, LLC.** | **Co-founder** | **February 2013 – Present** |

Designed, prototyped, and manufactured injection-molded magazines for rifles. Structured company and supply chain to maximize production capacity and minimize overhead. First products were delivered to distributors four months from inception and are available at hundreds of shooting sports retailers today.

| | | |
|---|---|---|
| **uBeam, Inc.** | **Consultant** | **June 2012 – April 2015** |

Designed, programmed, debugged, and tested all prototype electronics hardware culminating in $10M Series-A funding round. Responsible for architecture and execution of prototype electronics, including an ultrasonic phased-array transmitter, piezo energy harvesting receiver, optical tracking system, and beamforming algorithm. Work resulted in six granted patents.

| | | |
|---|---|---|
| **Sparta, Inc.** | **Engineer, Concept Engineering Branch** | **May 2006 – June 2013** |

Designed, modeled, and simulated ballistic missile defense systems including kinetic energy interceptors and high-power laser systems. Held Top Secret security clearance.

*Patents/Selected Publications*

US 9,722,671 – Oscillator Circuits for Wireless Power Transfer
US 9,242,272 – Ultrasonic Driver
US 9,278,375 – Ultrasonic Transducer Control
US 9,784,529 – Small Arms Stabilization System
US 9,983,616 – Transducer Clock Signal Distribution
US 10,052,659 – Ultrasonic Driver
US 10,252,294 – Transducer Driver
US 10,429,149 – Small Arms Stabilization System
US 10,591,951 – Transducer Clock Signal Distribution
US 10,801,809 – Small Arms Stabilization System
US 11,210,912 – Tactile Feedback Actuator, Electronic Device Using Same, and Method of Operating Same
US 11,402,174 – Small Arms Stabilization System

Julie S. Chalfant, C. Chrossostomidis, M. G. Angle, *Study of parallel AC and DC electrical distribution in the all-electric ship*, Proceedings of the 2010 Conference on Grand Challenges in Modeling & Simulation, July 2010.

P. Prempraneerach, M. G. Angle, J. L. Kirtley, G. E. Karniadakis and C. Chryssostomidis, "Optimization of a z-source DC circuit breaker," 2013 IEEE Electric Ship Technologies Symposium (ESTS), 2013, pp. 480-486, doi: 10.1109/ESTS.2013.6523780.

**Exhibit 2 - Page 147**

M. G. Angle, J. H. Lang, J. L. Kirtley, S. Kim and D. Otten, "Cogging torque reduction in permanent-magnet synchronous machines with skew," 2016 XXII International Conference on Electrical Machines (ICEM), 2016, pp. 207-211, doi: 10.1109/ICELMACH.2016.7732528.

M. G. Angle, J. H. Lang, J. L. Kirtley, S. Kim and D. Otten, *Optimization of surface-mount permanent magnet synchronous machines for low duty-cycle, high-torque applications,* 2017 IEEE International Electric Machines and Drives Conference (IEMDC), 2017, pp. 1-6, doi: 10.1109/IEMDC.2017.8002291.

C. H. T. Lee, J. L. Kirtley, M. Angle and H. Nian, "Quantitative comparison of partitioned-stator machines for hybrid electric vehicles," in CES Transactions on Electrical Machines and Systems, vol. 1, no. 2, pp. 146-153, 2017, doi: 10.23919/TEMS.2017.7961336.

C. H. T. Lee, J. L. Kirtley and M. Angle, "A Partitioned-Stator Flux-Switching Permanent-Magnet Machine With Mechanical Flux Adjusters for Hybrid Electric Vehicles," in IEEE Transactions on Magnetics, vol. 53, no. 11, pp. 1-7, Nov. 2017, Art no. 3000807, doi: 10.1109/TMAG.2017.2706023.

Lee, Christopher Ho Tin & L. Kirtley, James & Angle, Matthew. (2017). *Switched Reluctance Motor Drives for Hybrid Electric Vehicles*. 10.5772/intechopen.68911.

M. G. Angle, J. H. Lang, J. L. Kirtley, S. Kim and D. Otten, *Modeling of Surface Permanent Magnet Motors With Cogging and Saturation Effects Included*, in IEEE Transactions on Energy Conversion, vol. 33, no. 4, pp. 1604-1613, Dec. 2018, doi: 10.1109/TEC.2018.2849926.

Lee, Christopher Ho Tin & Angle, Matthew & Kant Bhalla, Krishan & Mowafaq Qasim, Mohammad & Mei, Jie & Mohammadi, Sajjad & Iyer, K.L.V. & Jijina Sinkular, Jasmin & L. Kirtley, James. (2018). *Quantitative Comparison of Vernier Permanent-Magnet Motors with Interior Permanent-Magnet Motor for Hybrid Electric Vehicles*. Energies. 11. 2546. 10.3390/en11102546.

M. G. Angle, S. Madnick, J. L. Kirtley and S. Khan, *Identifying and Anticipating Cyberattacks That Could Cause Physical Damage to Industrial Control Systems,* in IEEE Power and Energy Technology Systems Journal, vol. 6, no. 4, pp. 172-182, Dec. 2019, doi: 10.1109/JPETS.2019.2923970.

Angle, Matthew. "Emerging Threats to ICS Systems." Kaspersky Industrial Cybersecurity, Safeguarding Progress, September 28, 2017, St. Petersburg, Russia. Conference Presentation.

*Skills*

MATLAB, Simulink, C, SolidWorks, COMSOL, EAGLE, KiCad, Altium, MPLAB, Microsoft Office

Private Pilot (ASEL; HP, CMP, TW endorsements)

My hourly rate is $500 per hour.

148

**Exhibit 2 - Page 148**