UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JAY NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOREST RIVER, INC., and DOES 1-25,<br><br>Defendants. | Cause No. CV-22-49-GF-BMM<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO ATTEND APRIL 15, 2025, HEARING REMOTELY** |

Plaintiff Jay Nelson has moved for authorization to allow three of his co-counsel, Dennis P. Conner, Daniel B. Bidegaray, and C. Tab Turner, to attend the April 15, 2025, Hearing by video conference, while his co-counsel, J.R. Conner, appears in person. The motion is unopposed. Good cause being apparent,

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff's local counsel, Dennis P. Conner, shall arrange with the Clerk's office for the remote appearance.

DATED this 4th day of April, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts