IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JAY NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOREST RIVER, INC.,<br><br>Defendants. | CV-22-49-GF-BMM<br><br>**ORDER** |

## INTRODUCTION

Plaintiff Jay Nelson ("Nelson") filed a motion for leave to file a supplemental brief in support of Nelson's request for sanctions. (Doc. 214.) Forest River Inc. ("Forest River"), opposes. Nelson cites the recent production of discovery by Forest River for the reason to supplement. The Court has considered the supplemental brief and finds that Nelson's brief may be filed, and Forest River may respond.

## ORDER

Accordingly, **IT IS HEREBY ORDERED** that:

1. Nelson's Motion for Leave to file a Supplemental Brief in Support of his request for sanction (Doc. 214.) is **GRANTED**.

2. Nelson's unopposed motion to file the above motion under seal (Doc. 212) is **GRANTED**.

1

3. Forest River is given 21 days from the date of this order to respond.

**DATED** this 14th day of August, 2025.

_____
Brian Morris, Chief District Judge
United States District Court