# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JAY NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOREST RIVER, INC, an Indiana corporation,<br><br>Defendant. | Cause No. CV-22-49-GF-BMM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL** |

Plaintiff has moved for leave to file under seal Exhibits B and C to his Motion for Leave to File Motion for Reconsideration of Class Certification because Exhibit C and portions of Exhibit B contain documents and excerpts from documents designated Confidential under the parties' Stipulation for Confidentiality (Doc. 217). Good cause being apparent,

IT IS HEREBY ORDERED that the motion to seal (Doc. 217) is granted and Plaintiff's Exhibits B and C to his Motion for Leave to File Motion for

Reconsideration of Class Certification, lodged with this Court, may be filed under seal.

DATED this 15th day of August, 2025.

Brian Morris, Chief District Judge
United States District Courts