IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JAY NELSON,<br><br>Plaintiff,<br><br>v.<br><br>FOREST RIVER, INC. and DOES 1-25,<br><br>Defendants. | CV-22-49-GF-BMM<br><br><br>**ORDER** |

Defendants have moved for an order allowing Michael J. Zbigien, Jr. to appear *pro hac vice* in this case with M Mr. Zbigien axon R. Davis designated as local counsel. (Doc. 268.) The application of appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

Defendants' motion to allow Mr. Zbigien to appear before this Court (Doc. 268) is GRANTED, subject to the following conditions:

1.    Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2.  Mr. Zbigien must do his own work. He must do his own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3.  Mr. Zbigien shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4.  Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5.  Admission is personal to Mr. Zbigien, not the law firm he works for.

6.  Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Mr. Zbigien shall file, within fifteen (15) days from the date of this Order,  an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 8th day of June 2026.

Brian Morris, Chief District Judge
United States District Courts