**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| JAY NELSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FOREST RIVER, INC., and DOES 1-25, <br><br> Defendants. | Cause No. CV-22-49-GF-BMM <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO ALLOW CO-COUNSEL TO ATTEND JUNE 25, 2026, HEARING REMOTELY** |

Plaintiff Jay Nelson has moved for authorization to allow his co-counsel C. Tab Turner and Daniel Bidegaray to attend the June 25, 2026, Hearing remotely, while co-counsel, Dennis Conner and J.R. Conner, appear in person. The motion is unopposed. Good cause being apparent,

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff's local counsel, Dennis Conner, shall arrange with the Clerk's office for the remote appearance. Counsel who appear by Zoom will not be permitted to address the Court on the record,

DATED this 25th day of June, 2026.

_____
Brian Morris, Chief District Judge
United States District Courts