**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| JAY NELSON, individually and on behalf of all others similarly situated<br><br>              Plaintiff,<br><br>   v.<br>FOREST RIVER, INC.,<br>              Defendants. | **CV-22-49-GF-BMM**<br><br><br>**ORDER ON SHOW CAUSE TO APPOINT CLASS ADMINISTRATOR** |

**<u>INTRODUCTION</u>**

Plaintiff Jay Nelson ("Nelson") and Defendant Forest River, Inc. ("Forest River") submitted briefs in response to the Court's Order (Doc. 283) to show cause as to why the Court should not appoint a Class Administrator to collect nationwide VIN, brand, model, and year data; reconcile the data with Montana registration records; and report the results to the Court. (Docs. 284 & 285.) The parties agree that the Court may exercise its discretion to appoint a Class Administrator to administer class notice under Federal Rule of Civil Procedure 23 and *Gessele v. Jack in the Box Inc.*, 174 F.4th 1108, 1119 (9th Cir. 2026) ("The district court appointed a class administrator and authorized the administrator to mail notices to the class members."). (Doc. 284 at 2 & Doc. 285 at 2.) Nelson nominated Epiq Legal Noticing SM to administer the class. (Doc. 285 at 2.) Forest River nominated Kroll Settlement Administration LLC and BrownGreer PLC to administer the class. (Doc. 284 at 2.)

The Court remains concerned about the neutrality of the potential Class Administrator. The Court also requires further information on the process of hiring and potential costs to the parties if the Court appoints a Class Administrator from the parties' nominations.

## ORDER

Accordingly, **IT IS ORDERED**, the parties shall submit simultaneous briefs of no more than 10 pages by August 21, 2026, list of proposed Class Administrators ranked by preference and a short narrative not to exceed a few sentences, including the following information: (a) the qualifications and expected costs of the Class Administrator; (b) whether the parties have had substantive communication with the Class Administrators regarding Forest River Fifth Wheel RVs and issues related to this matter; and (c) whether the parties and the parties' counsel previously have worked or hired the Class Administrator in other capacities, and if so, provide a brief description of their past professional dealings with the proposed Class Administrator.

**DATED** this 6th day of August, 2026.

Brian Morris, Chief District Judge
United States District Court