**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| JAY NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FOREST RIVER, INC., and DOES 1-25,<br><br>Defendants. | Cause No. CV-22-49-GF-BMM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION ALLOWING CONTACT WITH PROPOSED CLASS ADMINISTRATORS** |

Upon stipulation and good cause shown,

IT IS HEREBY ORDERED that the Parties are granted leave to contact proposed Class Administrators about their qualifications to handle the Montana Class and expected costs, and that the Parties must share all emails or other written communications they have with proposed Class Administrators.

DATED this 18th day of August, 2026.

Brian Morris, Chief District Judge
United States District Courts