**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| JAY NELSON,<br><br>Plaintiff,<br><br>v.<br><br>FOREST RIVER, INC. and DOES 1-25,<br>Defendants. | **CV-22-49-GF-BMM**<br><br>**ORDER** |

The Court appointed Epiq Class Action & Claims Solutions, Inc. (Epiq) as class administrator. (Doc. 294.) The Court held a telephonic conference on September 23, 2026 with Epiq and both parties' attorneys in attendance. (Doc. 296.) Accordingly, **IT IS ORDERED:**

- Only the Court will communicate with Epiq. The Court will not communicate *ex parte* with Epiq, except that Epiq may submit a written request for additional information or assistance as needed in carrying out their responsibilities, or for guidance.
- The parties' communications with Epiq must go through chambers. Chambers will then forward the communications to Epiq.
- Epiq's communications with the parties must go through chambers. Chambers will then forward the communications to the parties.

- Epiq must forward the invoices for their services to chambers. Chambers will then forward the invoices to each of the parties. Each party remains equally obligated to bear the costs of the process.
- Chamber's point of contact is Judicial Assistant Sara Luoma. Her email is as follows: sara_luoma@mtd.uscourts.gov.

DATED this 24th day of September 2026.

Brian Morris, Chief District Judge
United States District Court